# EXHIBIT B

**EMAIL FROM ERNEST GALVAN TO JOHN SALCEDO**



Yolanda Huang <yhuang.law@gmail.com>

---

## Magana SDT to Babu Counsel [IMAN-DMS.FID35370]

---

**Ernest Galvan** <EGalvan@rbgg.com>  Fri, Apr 25, 2025 at 1:22 PM
To: Yolanda Huang <yhuang.law@gmail.com>

Got a call from your opp counsel. I told him he needs to work out with you an arrangement so that you get the material you SDT'd from me under a protective order. See my follow up email pointing him to the case law that makes this a foregone conclusion, either with a bunch of litigation to get an order like the one attached, or the short way around, i.e., he makes an agreement with you.

Ernest Galvan
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, 6th Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 296-2293 (direct)
(415) 694-3606 (mobile)
(415) 433-7104 (fax)
egalvan@rbgg.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbg@rbgg.com

---

**From:** Ernest Galvan
**Sent:** Friday, April 25, 2025 1:21 PM
**To:** John K. Salcedo <jsalcedo@bfesf.com>
**Subject:** RE: Magana SDT to Babu Counsel [IMAN-DMS.FID35370]

I didn't cite it in the response—but here's a description of what happened, and why I think the short way around is for you and plaintiff's counsel to work out production under a protective order.

In a 2021 order, the *Hernandez* court addressed the ability of survivors of a deceased class member to access to documents from the *Hernandez* case in the Order Granting Motion For Permissive Intervention And Clarification Or Modification Of Protective Order; And Vacating Hearing Set For December 2, 2021, (*Hernandez,* Case 5:13-cv-02354-BLF, ECF No. 700) ((hereinafter "*Lara/Hernandez* Intervention Order") Responding Party has reviewed the *Lara/Hernandez* Intervention Order for guidance in responding to this subpoena. The *Lara/Hernandez* Intervention Order states several principles that apply here. First, the Ninth Circuit strongly favors access to information across cases to "advance the interests of judicial economy by avoiding wasteful duplication of discovery." *Lara/Hernandez* Intervention Order at 5. Second, where documents from *Hernandez* pertaining to a deceased class member are relevant and discoverable, they should be produced to the survivors' counsel. *Id.* at 6.

Ernest Galvan
ROSEN BIEN GALVAN & GRUNFELD LLP

101 Mission Street, 6th Floor  
San Francisco, CA 94105  
(415) 433-6830 (telephone)  
(415) 296-2293 (direct)  
(415) 694-3606 (mobile)  
(415) 433-7104 (fax)  
egalvan@rbgg.com

CONFIDENTIALITY NOTICE  
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbg@rbgg.com

**From:** John K. Salcedo <jsalcedo@bfesf.com>  
**Sent:** Wednesday, April 23, 2025 6:25 PM  
**To:** Ernest Galvan <EGalvan@rbgg.com>  
**Subject:** RE: Magana SDT to Babu Counsel [IMAN-DMS.FID35370]

[EXTERNAL MESSAGE NOTICE]

Hello Ernest,

Please let me know if you have a few minutes to discuss the subpoena in the *Magana* case tomorrow. You can reach me at 415-747-6276. Thank you.

Sincerely,



**John K. Salcedo**

Associate

**Bertrand Fox Elliot Osman + Wenzel**

The Waterfront Building

2749 Hyde Street

San Francisco, CA 94109

Phone:   415-353-0999 x109

Dir:         415-747-6276

**From:** Ernest Galvan <EGalvan@rbgg.com>  
**Sent:** Tuesday, February 25, 2025 1:27 PM  
**To:** John K. Salcedo <jsalcedo@bfesf.com>  
**Subject:** FW: Magana SDT to Babu Counsel [IMAN-DMS.FID35370]

Ernest Galvan
ROSEN BIEN GALVAN & GRUNFELD LLP

101 Mission Street, 6th Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 296-2293 (direct)
(415) 694-3606 (mobile)
(415) 433-7104 (fax)
egalvan@rbgg.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbg@rbgg.com.

---

**From:** Ernest Galvan
**Sent:** Thursday, February 13, 2025 1:45 PM
**To:** Yolanda Huang <yhuang.law@gmail.com>

[Quoted text hidden]

[Quoted text hidden]

📄 **[Dkt 0700] ORDER Granting LARA Mtn for Permissive Intervention, Clarification or Modification of PO, Vacating Hearing for 12-02-21, 1187-8.pdf**
202K