Richard W. Osman, State Bar No. 167993
John K. Salcedo, State Bar No. 320340
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
Email: rosman@bfesf.com
jsalcedo@bfesf.com

Attorneys for Defendants
COUNTY OF ALAMEDA,
ALAMEDA COUNTY SHERIFF'S OFFICE,
YESENIA SANCHEZ, ERIK BAKER,
ZACHARY TSANG-LEE, PETER CANDELARIO,
& LUIS MARTINEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JESUS ERIC MAGANA and JESUS MAGANA DUARTE,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S OFFICE, YESENIA SANCHEZ, ERIK BAKER, ZACHARY TSANG-LEE, PETER CANDELARIO, CALIFORNIA FORENSIC MEDICAL GROUP, INC., WELLPATH LLC & WELLPATH MANAGEMENT, INC., also known as LIQUIDATING TRUST, a nominal party, RAJENDRA MAHAJAN, SUMEET CHAGGER, HARKAMALJIT HUNDAL, and DOE 1 to 20,<br><br>Defendants. | Case No. 3:24-cv-04716-JD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S OFFICE, YESENIA SANCHEZ, LUIS MARTINEZ, ERIK BAKER, ZACHARY TSANG-LEE, AND PETER CANDELARIO'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**Hon. James Donato** |

Defendants COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S OFFICE, YESENIA SANCHEZ, LUIS MARTINEZ, ERIK BAKER, ZACHARY TSANG-LEE, AND PETER CANDELARIO's Motion to Dismiss First Amended Plaintiff's Complaint, came on regularly for hearing on October 2, 2025, before the Honorable James Donato.

The Court, having considered all the papers and pleadings on file herein and the oral argument of the parties, HEREBY ORDERS THAT:

Defendants COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S OFFICE, YESENIA SANCHEZ, LUIS MARTINEZ, ERIK BAKER, ZACHARY TSANG-LEE, AND PETER CANDELARIO's Motion to Dismiss First Amended Plaintiff's Complaint is GRANTED.

**IT IS SO ORDERED.**

Date: ____________________

____________________________________________
HONORABLE JAMES DONATO
UNITED STATES DISTRICT COURT JUDGE