<u>ATTACHMENT "A"</u>

1) California Forensic Medical Group;

2) Rajendra Mahajan;

3) Sumeet Chagger;

4) Harpreet Hundal