Richard W. Osman, State Bar No. 167993
John K. Salcedo, State Bar No. 320340
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email:     rosman@bfesf.com
           jsalcedo@bfesf.com

Attorneys for Defendant
COUNTY OF ALAMEDA,
ALAMEDA COUNTY SHERIFF'S OFFICE,
YESENIA SANCHEZ, ERIK BAKER,
ZACHARY TSANG-LEE, & PETER CANDELARIO,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JESUS ERIC MAGANA and JESUS MAGANA DUARTE,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S OFFICE, YESENIA SANCHEZ, ERIK BAKER, ZACHARY TSANG-LEE, PETER CANDELARIO, CALIFORNIA FORENSIC MEDICAL GROUP, INC., WELLPATH LLC & WELLPATH MANAGEMENT, INC., also known as LIQUIDATING TRUST, a nominal party, RAJENDRA MAHAJAN, SUMEET CHAGGER, HARKAMALJIT HUNDAL, and DOE 1 to 20,<br><br>    Defendants. | Case No. 3:24-cv-04716-JD<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE DEADLINE**<br><br><br><br><br><br><br><br><br><br>**Hon. James Donato** |

IT IS HEREBY STIPULATED by and between the undersigned parties hereto, through their respective attorneys, to continue the November 24, 2025, deadline to complete mandatory settlement conference as set forth in the Scheduling Order [Dkt. 54].

WHEREAS, the Scheduling Order [Dkt. 54] set the November 24, 2025, deadline to complete

1

mandatory settlement conference;

WHEREAS, the parties initially scheduled the Settlement Conference on November 12, 2025 with Judge Laurel Beeler [Dkt. 56];

WHEREAS, the parties agreed that additional discovery, including the deposition of Plaintiff Jesus Magana Duarte, was necessary to be prepared to participate in a mandatary settlement conference.

WHEREAS, the parties advised Judge Laurel Beeler they would not be prepared for the Settlement Conference scheduled on November 12, 2025. The parties further agreed that they would be prepared to participate in a settlement conference on January 28, 2026. Judge Beeler issued an order resetting the mandatory settlement conference to January 28, 2026 [Dkt. 68];

WHEREAS, the parties agree a continuance of the November 24, 2025 deadline to complete mandatory settlement conference causes no prejudice to any party and is not for the purpose of delay; and

**NOW, THEREFORE,** the parties hereby respectfully request the November 24, 2025 deadline to complete mandatory settlement conference be continued until January 28, 2026.

**IT IS SO STIPULATED.**

Dated:  November 18, 2025                      BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By:      /s/ John K. Salcedo
    Richard W. Osman
    John K. Salcedo
    Attorneys for Defendants
    County of Alameda,
    Alameda County Sheriff's Office,
    Yesenia Sanchez, Erik Baker,
    Zachary Tsang-Lee, and Peter Candelario

Dated:  November 18, 2025                      LAW OFFICES OF YOLANDA HUANG

By:      /s/ Yolanda Huang
    Yolanda Huang
    Attorney for Plaintiff
    Estate of Jesus Eric Magana

| | |
|---|---|
| Dated: November 18, 2025 | Gordon Rees Scully Mansukhani, LLP |
| | By:    */s/ Kendra N. Stark* |
| | Lindsey M. Romano |
| | Kendra N. Stark |
| | Allison Becker |
| | Attorneys for Defendants |
| | California Forensic Medical Group dba Wellpath, Sumeet Chagger, Rajendra Mahajan and Harpreet Hundal |

3

STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION DEADLINE
*Case No.: 3:24-cv-04716-JD*

**ELECTRONIC CASE FILING ATTESTATION**

I, John K. Salcedo, hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

Dated: November 18, 2025                BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                             /s/ John K. Salcedo
                                             John K. Salcedo

STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION DEADLINE
*Case No.: 3:24-cv-04716-JD*

[~~PROPOSED~~] ORDER

Good cause appearing, the November 24, 2025 deadline to complete mandatory settlement conference is continued to January 28, 2026.

**IT IS SO ORDERED.**

Date: November 20, 2025

