Richard W. Osman, State Bar No. 167993
Sheila D. Crawford, State Bar No. 278292
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
Email: rosman@bfesf.com
scrawford@bfesf.com

Attorneys for Defendants
COUNTY OF ALAMEDA,
ALAMEDA COUNTY SHERIFF'S OFFICE,
YESENIA SANCHEZ, ERIK BAKER,
ZACHARY TSANG-LEE, PETER CANDELARIO,
and LUIS MARTINEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JESUS ERIC MAGANA, J. JESUS MAGANA DUARTE, and VERONICA DUARTE VACA,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S OFFICE, YESENIA SANCHEZ, ERIK BAKER, ZACHARY TSANG-LEE, PETER CANDELARIO, CALIFORNIA FORENSIC MEDICAL GROUP, INC., WELLPATH LLC & WELLPATH MANAGEMENT, INC., also known as WELLPATH LIQUIDATING TRUST, a nominal party, RAJENDRA MAHAJAN, SUMEET CHAGGER, HARKAMALJIT HUNDAL, and DOE 1 to 20,<br><br>Defendants. | Case No. 3:24-cv-04716-JD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S OFFICE, YESENIA SANCHEZ, LUIS MARTINEZ, ERIK BAKER, ZACHARY TSANG-LEE, AND PETER CANDELARIO'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>**Hon. James Donato** |

Defendants COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S OFFICE, YESENIA SANCHEZ, LUIS MARTINEZ, ERIK BAKER, ZACHARY TSANG-LEE, and PETER CANDELARIO's Motion to Dismiss Second Amended Plaintiffs' Complaint, came on regularly for hearing on June 4, 2026, before the Honorable James Donato.

The Court, having considered all the papers and pleadings on file herein and the oral argument of the parties, HEREBY ORDERS THAT:

Defendants COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S OFFICE, YESENIA SANCHEZ, LUIS MARTINEZ, ERIK BAKER, ZACHARY TSANG-LEE, and PETER CANDELARIO's Motion to Dismiss Second Amended Plaintiffs' Complaint is GRANTED.

**IT IS SO ORDERED.**

Date: ____________________

____________________________________
HONORABLE JAMES DONATO
UNITED STATES DISTRICT COURT JUDGE