**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
PO Box 5475
Oakland, CA 94605
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

**LAW OFFICE OF MARK E. MERIN**
Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:     (916) 443-6911
Facsimile:      (916) 447-8336
E-Mail:         mark@markmerin.com
                paul@markmerin.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| ESTATE OF JESUS ERIC MAGANA, JESUS MAGANA and VERONIC MAGANA-VACA,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S OFFICE, YESENIA SANCHEZ, ERIK BAKER, ZACHARY TSANG-LEE, PETER CANDELARIO, CALIFORNIA FORENSIC MEDICAL GROUP dba WELLPATH, RAJENDRA MAHAJAN, SUMEET CHAGGER, HARPREET HUNDAL, and DOE 1 to 20,<br><br>Defendants. | **Case No.: 3:24-cv-04716**<br><br>**STIPULATIONS RE: CONSOLIDATION OF MOTION HEARING DATES; TO SET DEPOSITION SCHEDULES AND EXTENDING TIME FOR DISCOVERY AND DISPOSITIVE MOTIONS. [PROPOSED] ORDER TO CONSOLIDATE HEARING DATES, EXTEND TIME FOR DISCOVERY AND DISPOSITIVE MOTIONS**<br><br>**Filed: August 2, 2024** |

**- 1 -**
**Stipulations Re Deposition Schedules And Extending Time For Discovery And Dispositive Motions [Proposed]
Order To Extend Time For Discovery And Dispositive Motions**

In November, Plaintiffs noticed the deposition of defendant Rajendra Mahajan.  Defendant Rajendra Mahajan was unavailable with plans to be out of the country for over 30 days.  The parties then proceeded with settlement discussions before Magistrate Judge Beeler.  Said settlement discussions were held on April 9, 2026.  The parties did not resolve the litigation.

Defendants then filed their respective Fed. R. Civ. Proc. 12(b)(6) motions.  County Defendants noticed their motion for June 4, 2026.  California Forensic Medical Group defendants noticed their motion for June 11, 2026.  WHEREAS, the parties wish to proceed expeditiously with this litigation, and following meet and confer, agreed as follows

The Parties—Plaintiffs Estate of Jesus Eric Magana ("Estate"),  Jesus Magana and Veronica Magana-Vaca "Plaintiffs"; Defendants CALIFORNIA FORENSIC MEDICAL GROUP dba WELLPATH, RAJENDRA MAHAJAN, SUMEET CHAGGER, HARPREET HUNDAL,; and Defendants COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S OFFICE, YESENIA SANCHEZ, ERIK BAKER, ZACHARY TSANG-LEE, PETER CANDELARIO, (collectively, "County Defendants")—all through their undersigned counsel of record, and subject to the approval of the Court, have diligently and in good faith met and conferred and stipulate as follows:;

IT IS HEREBY STIPULATED as follows:

1.  The depositions of SUMMEET CHAGGER, HARPREET HUNDAL shall be held on June 9, 2026, starting at 12:30 p.m.

2.  The deposition of RAJENDRA MAHAJAN shall be held on June 16, 2026 starting at 10 a.m.

3.  The current litigation schedule shall be modified as follows:

|  | Current Dates per Scheduling Order (Dkt 54) | Stipulated Date |
|---|---|---|
| FACT DISCOVERY CUT-OFF | June 22, 2026 | July 31, 2026 |

|  | Current Dates per Scheduling Order (Dkt 54) | Stipulated Date |
|---|---|---|
| Expert Disclosures | July 6, 2026 | August 14, 2026 |

- 2 -

**Stipulations Re Deposition Schedules And Extending Time For Discovery And Dispositive Motions [Proposed] Order To Extend Time For Discovery And Dispositive Motions**

| Disclosure of Rebuttal Experts | July 20, 2026 | August 28, 2026 |
|---|---|---|
| Expert Discovery Cutoff | August 3, 2026 | September 18, 2026 |
| Last day to file dispositive and *Daubert* motions | August 31, 2026 | Oct. 2, 2026 |

4. All other dates shall remain the same.

IT IS SO STIPULATED AND AGREED.

Dated: May 13, 2026      LAW OFFICE OF YOLANDA HUANG

By: */s/ Yolanda Huang*

Yolanda Huang
ATTORNEY FOR PLAINTIFF

Dated: May 13, 2026      GORDON, REES, MANSUKAHNI

By: */s/ Bailey Frank*

Kendra Stark
Lindsey Romano
Bailey Frank
ATTORNEY FOR DEFENDANTS
CALIFORNIA FORENSIC MEDICAL
GROUP dba WELLPATH, RAJENDRA
MAHAJAN, SUMEET CHAGGER,
HARPREET HUNDAL

**Stipulations Re Deposition Schedules And Extending Time For Discovery And Dispositive Motions [Proposed] Order To Extend Time For Discovery And Dispositive Motions**

Dated: May 13, 2026                    BERTRAND FOX ELLIOT OSMAN & WENZEL

By:  /s/ Richard W. Osman
     Richard W. Osman
     Sheila Crawford
     ATTORNEYS FOR COUNTY OF ALAMEDA,
     ALAMEDA COUNTY SHERIFF'S OFFICE,
     YESENIA SANCHEZ, ERIK BAKER,
     ZACHARY TSANG-LEE, PETER
     CANDELARIO

**ELECTRONIC CASE FILING ATTESTATION**

I, Yolanda Huang, hereby attest that on May 12, 2026 I have been authorized by counsels to show their signature on this document as /s/.

Dated: May 15, 2026                    LAW OFFICE OF YOLANDA HUANG

By:  /s/ Yolanda Huang
     Yolanda Huang
     ATTORNEY FOR PLAINTIFF

- 4 -

**Stipulations Re Deposition Schedules And Extending Time For Discovery And Dispositive Motions [Proposed]
Order To Extend Time For Discovery And Dispositive Motions**

[Proposed] ORDER

Pursuant to stipulation and Good Cause Appearing,

IT IS HEREBY ORDERED that:

1.   Defendants' motions to dismiss (FRCP 12(b)(6)) shall both be heard on the same day, June 11, 2026, 10 a.m. in this Courtroom.

2.   The schedule is hereby modified as follows:

| | Current Dates per Scheduling Order (Dkt 54) | Stipulated Date | Court Ordered Date |
|---|---|---|---|
| Expert Disclosures | July 6, 2026 | August 14, 2026 | |
| Disclosure of Rebuttal Experts | July 20, 2026 | August 28, 2026 | |
| Expert Discovery Cutoff | August 3, 2026 | September 18, 2026 | |
| Last day to file dispositive and *Daubert* motions | August 31, 2026 | Oct. 2, 2026 | |

Dated: _____, 2026

_____
Judge of the Federal District Court

- 5 -

**Stipulations Re Deposition Schedules And Extending Time For Discovery And Dispositive Motions [Proposed] Order To Extend Time For Discovery And Dispositive Motions**