**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
PO Box 5475
Oakland, CA 94605
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

**LAW OFFICE OF MARK E. MERIN**
Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:    (916) 443-6911
Facsimile:    (916) 447-8336
E-Mail:        mark@markmerin.com
                paul@markmerin.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| ESTATE OF JESUS ERIC MAGANA, et al.<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S OFFICE, YESENIA SANCHEZ, ERIK BAKER, ZACHARY TSANG-LEE, PETER CANDELARIO, CALIFORNIA FORENSIC MEDICAL GROUP dba WELLPATH, RAJENDRA MAHAJAN, SUMEET CHAGGER, HARPREET HUNDAL, and DOE 1 to 20, | Case No.: 3:24-cv-04716<br><br>**ADMINISTRATIVE MOTION FOR PLAINTIFFS' CO-COUNSEL TO APPEAR VIA ZOOM OR TELEPHONICALLY ON JUNE 4, 2026 AND JUNE 11, 2026**<br><br><br>Filed: August 2, 2024 |

County Defendants have noticed a motion to dismiss for hearing on June 4, 2026. Medical Provider (CFMG) Defendants have noticed their motion to dismiss for hearing on June 11, 2026. Plaintiffs attempted to consolidate the hearings onto one date, but counsels for County Defendants are not available on June 11, 2026. And counsels for the Medical Provider Defendants are not available on June 4, 2026.

- 1 -

**Administrative Motion for Leave to Appear Telephonically or Via Zoom-- Case No.: 3:24-cv-04716**

- 2 -

Counsel for Plaintiff, Yolanda Huang intends to appear in person on both dates.  Co-counsel Mark Merin and Paul Masuhara have their office in Sacramento and request that they be permitted to participate in the hearings on June 4, 2026 and June 11, 2026, either via Zoom or telephone.

Dated: May 15, 2026                                  LAW OFFICE OF YOLANDA HUANG

                                                     By:   /s/ Yolanda Huang
                                                     Yolanda Huang
                                                     ATTORNEY FOR PLAINTIFF

**Administrative Motion for Leave to Appear Telephonically or Via Zoom-- Case No.: 3:24-cv-04716**

- 3 -

[Proposed] ORDER

Good cause appearing,

IT IS HEREBY ORDERED that co-counsel Mark Merin and Paul Masuhara may appear at both hearings, June 4, 2026 and June 11, 2026, remotely either by telephone or zoom.

Dated: _____, 2026

_____
JUDGE OF THE FEDERAL DISTRICT COURT

**Administrative Motion for Leave to Appear Telephonically or Via Zoom-- Case No.: 3:24-cv-04716**