Richard W. Osman, State Bar No. 167993
Sheila D. Crawford, State Bar No. 278292
Ana K. Sanderson, State Bar No. 332737
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email:      rosman@bfesf.com
            scrawford@bfesf.com
            asanderson@bfesf.com

Attorneys for Defendants
COUNTY OF ALAMEDA,
ALAMEDA COUNTY SHERIFF'S OFFICE,
YESENIA SANCHEZ, ERIK BAKER,
ZACHARY TSANG-LEE, PETER CANDELARIO,
and LUIS MARTINEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JESUS ERIC MAGANA, J. JESUS MAGANA DUARTE, and VERONICA DUARTE VACA,<br><br>        Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S OFFICE, YESENIA SANCHEZ, ERIK BAKER, ZACHARY TSANG-LEE, PETER CANDELARIO, CALIFORNIA FORENSIC MEDICAL GROUP, INC., WELLPATH LLC & WELLPATH MANAGEMENT, INC., also known as WELLPATH LIQUIDATING TRUST, a nominal party, RAJENDRA MAHAJAN, SUMEET CHAGGER, HARKAMALJIT HUNDAL, and DOE 1 to 20,<br><br>        Defendants. | Case No. 3:24-cv-04716-JD<br><br>**DEFENDANTS COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S OFFICE, YESENIA SANCHEZ, LUIS MARTINEZ, ERIK BAKER, ZACHARY TSANG-LEE, AND PETER CANDELARIO'S ADMINISTRATIVE MOTION TO APPEAR REMOTELY AT DEFENDANTS CALIFORNIA FORENSIC MEDICAL GROUP, INC., RAJENDRA MAHAJAN, SUMEET CHAGGER, AND HARPEET HUNDAL'S MOTION TO DISMISS HEARING**<br><br><br><br>**Hon. James Donato** |

1

Defendants COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S OFFICE, YESENIA SANCHEZ, LUIS MARTINEZ, ERIK BAKER, ZACHARY TSANG-LEE, and PETER CANDELARIO ("County Defendants"), by and through undersigned counsel, respectfully submits this Administrative Motion pursuant to Civil Local Rule 7-11 and this Court's standing orders for leave to appear remotely via videoconference at the hearing on Co-Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC., RAJENDRA MAHAJAN, SUMEET CHAGGER, and HARPEET HUNDAL's ("CFMG Defendants") Motion to Dismiss, currently scheduled for June 11, 2026.

## I.    BACKGROUND

The County Defendants have filed their own Motion to Dismiss, presently scheduled to be heard by this Court on June 4, 2026. County Defendants' counsel will appear in person for that hearing.

The CFMG Defendants have filed a Motion to Dismiss, presently scheduled to be heard by this Court on June 11, 2026. Because the legal and factual issues raised in the CFMG Defendants' Motion to Dismiss substantially overlap with those at issue in the County Defendants' own motion, counsel for the County Defendants has a legitimate interest in observing the June 11, 2026 hearing.

County Defendants' counsel does not intend to participate, argue, or otherwise seek to be heard at the June 11, 2026 hearing. Counsel seeks only to observe the proceedings.

## II.    ARGUMENT

**A.    Good Cause Exists to Permit Remote Observation**

Civil Local Rule 7-11 permits administrative motions for relief from requirements that cannot be practically addressed through a regularly noticed motion. Good cause exists here for several reasons.

First, the CFMG Defendants' June 11, 2026 hearing is set one week after the County Defendants' Motion to Dismiss hearing on June 4, 2026. Travel to and from the courthouse for a hearing at which counsel will not participate imposes a burden disproportionate to counsel's limited role as an observer.

Second, counsel's interest in observing is legitimate and professional. Allowing remote observation serves the interests of judicial economy and effective representation.

Third, remote observation does not prejudice any party. The County Defendants seek only to observe, not to interject, argue, or file supplemental briefing based on the hearing. Plaintiffs and the CFMG Defendants are unaffected.

COUNTY DEFENDANTS' ADMINISTRATIVE MOTION TO APPEAR REMOTELY
*Estate of Jesus Eric Magana v. County of Alameda, et al., Case No.: 3:24-cv-04716-JD*

### III.    CONCLUSION

For the foregoing reasons, the County Defendants respectfully requests that the Court enter an order permitting counsel to appear remotely via videoconference to observe the hearing on CFMG Defendants' Motion to Dismiss on June 11, 2026.

Dated:  June 1, 2026                                    BERTRAND, FOX, ELLIOT, OSMAN & WENZEL


By:  _____*/s/ Richard W. Osman*_____
         Richard W. Osman
         Sheila D. Crawford
         Attorneys for Defendants
         COUNTY OF ALAMEDA,
         ALAMEDA COUNTY SHERIFF'S OFFICE,
         YESENIA SANCHEZ, ERIK BAKER,
         ZACHARY TSANG-LEE, PETER CANDELARIO,
         and LUIS MARTINEZ

COUNTY DEFENDANTS' ADMINISTRATIVE MOTION TO APPEAR REMOTELY
*Estate of Jesus Eric Magana v. County of Alameda, et al., Case No.: 3:24-cv-04716-JD*