Case 3:24-cv-04716-JD   Document 92-1   Filed 06/01/26   Page 1 of 2

Richard W. Osman, State Bar No. 167993
Sheila D. Crawford, State Bar No. 278292
Ana K. Sanderson, State Bar No. 332737
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email:      rosman@bfesf.com
            scrawford@bfesf.com
            asanderson@bfesf.com

Attorneys for Defendants
COUNTY OF ALAMEDA,
ALAMEDA COUNTY SHERIFF'S OFFICE,
YESENIA SANCHEZ, ERIK BAKER,
ZACHARY TSANG-LEE, PETER CANDELARIO,
and LUIS MARTINEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JESUS ERIC MAGANA, J. JESUS MAGANA DUARTE, and VERONICA DUARTE VACA,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S OFFICE, YESENIA SANCHEZ, ERIK BAKER, ZACHARY TSANG-LEE, PETER CANDELARIO, CALIFORNIA FORENSIC MEDICAL GROUP, INC., WELLPATH LLC & WELLPATH MANAGEMENT, INC., also known as WELLPATH LIQUIDATING TRUST, a nominal party, RAJENDRA MAHAJAN, SUMEET CHAGGER, HARKAMALJIT HUNDAL, and DOE 1 to 20,<br><br>    Defendants. | Case No. 3:24-cv-04716-JD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S OFFICE, YESENIA SANCHEZ, LUIS MARTINEZ, ERIK BAKER, ZACHARY TSANG-LEE, AND PETER CANDELARIO'S ADMINISTRATIVE MOTION TO APPEAR REMOTELY AT DEFENDANTS CALIFORNIA FORENSIC MEDICAL GROUP, INC., RAJENDRA MAHAJAN, SUMEET CHAGGER, AND HARPEET HUNDAL'S MOTION TO DISMISS HEARING**<br><br>**Hon. James Donato** |

1

Pursuant to Defendants COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S OFFICE, YESENIA SANCHEZ, LUIS MARTINEZ, ERIK BAKER, ZACHARY TSANG-LEE, and PETER CANDELARIO's ("County Defendants") Administrative Motion and good cause appearing therefor, the Court hereby orders that:

The County Defendants' Administrative Motion to Appear Remotely at Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC., RAJENDRA MAHAJAN, SUMEET CHAGGER, and HARPEET HUNDAL'S June 11, 2026 Motion to Dismiss Hearing is GRANTED.

**IT IS SO ORDERED.**

Date: _____

_____
HONORABLE JAMES DONATO
UNITED STATES DISTRICT COURT JUDGE

2

[PROPOSED] ORDER GRANTING COUNTY DEFENDANTS' ADMINISTRATIVE MOTION TO APPEAR REMOTELY
*Estate of Jesus Eric Magana v. County of Alameda, et al., Case No.: 3:24-cv-04716-JD*