**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
PO Box 5475
Oakland, CA 94605
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

**LAW OFFICE OF MARK E. MERIN**
Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
1010 F Street, Suite 300
Sacramento, California 95814
Telephone: (916) 443-6911
Facsimile: (916) 447-8336
E-Mail: mark@markmerin.com
paul@markmerin.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| ESTATE OF JESUS ERIC MAGANA, et al.,<br><br>Plaintiffs,<br><br>vs.<br>COUNTY OF ALAMEDA, et al.,<br><br>Defendants. | Case No.: 3:24-cv-04716<br><br>**NOTICE OF COURT RULING AND PLAINTIFFS' WAIVER OF RIGHT TO AMEND, AND FED. R. CIV. PROC. 12(a)(4)(A) TIMELINE FOR RESPONSE**<br><br>Hon. James Donato, presiding<br><br>Filed: August 2, 2024<br><br>Trial Date: Dec.14, 2026 |

WHEREAS, the parties appeared before the Hon. James Donato on June 4, 2026, regarding County defendants motion to dismiss.

WHEREAS, the Court ruled that it intends to dismiss the Second Claim (American Disabilities Act), and Third Claim (Section 504 of the Rehabilitation Act).

WHEREAS, the Court provided Plaintiffs with five (5) days to amend the Second Claim and Third Claim.

PLEASE TAKE NOTICE that Plaintiffs hereby waive their right to amend the Second Claim and Third Claim, and will proceed on the remaining Claims in the currently-operative Second Amended Complaint, ECF No. 78, including the First Claim (Deliberate Indifference); Fourth Claim (Unwarranted Interference with Familial Association); Fifth Claim (Failure to Summon Medical Care); Sixth Claim (Public Records Act); Seventh Claim (Failure to Produce Patient Records); Eighth Claim (Tom Bane Civil Rights Act); Ninth Claim (Intentional Infliction of Emotional Distress); Tenth Claim (Negligence); and Eleventh Claim (Wrongful Death).

PLEASE TAKE FURTHER NOTICE that the timeline to respond per Fed. R. of Civ. Proc 12(b)(4)(A) is 14 days from the date of this notice.

Dated: June 5, 2026

LAW OFFICE OF YOLANDA HUANG

By: */s/ Yolanda Huang*

Yolanda Huang
ATTORNEY FOR PLAINTIFFS