# EXHIBIT B

**Notes Regarding Note Off** *[blank]*

**Call Date** 04-27-2023 8:08 am

**Clinician Name** M Logan

**Requested by Patient?** Yes

**Subjective** 04-27-2023 8:08 am - Logan, Melynda : Pt seen s/p UOF. Spanish speaking. Pt assessed through cell door and cuffing port. Translated by Sgt. Martinez. Pt denies injuries, LOC, headache, dizziness, nausea. Verbalized no concerns at this time.

**Objective** 04-27-2023 8:08 am - Logan, Melynda : Pt awake and alert, breathing even and unlabored, no SOB, VSS (unable to obtain BP for safety reasons), steady gait, in NAD and able to make needs known. Cooperative and calm. Dirty hands. No obvious bleeding or injuries. Appears well.

**Assessment** 04-27-2023 8:08 am - Logan, Melynda : Readiness for enhanced knowledge - alert medical to changes in condition.

**Plan** 04-27-2023 8:08 am - Logan, Melynda : No interventions indicated at this time as patient denies injuries.

**Education** 04-27-2023 8:08 am - Logan, Melynda : Notify medical immediately to changes in conditions; return to NSC PRN

**Recorded By** Logan, Melynda

**Notes Regarding Note Off** *[blank]*

**Call Date** 04-27-2023 12:31 pm

**Clinician Name** Rajendra P Mahajan

**Requested by Patient?** Yes

**Subjective** 04-27-2023 12:31 pm - Mahajan, Rajendra : OPHU MD SHORT NOTE : 27 yus old male booked 3/28/23 and hosed in HU #1 with hx of severe psychiatric history and violent aggressive and impulsive with hx of attacking deputy , was seen to be vomiting all over cell and was brought to trauma room when seen he was awake alert oriented x3 (spanish speaking) in wheel chair vitals normal not in any distress or discomfort was non toxic sitting quietly in chair with hand cuffed on asking said had 5 projectile vomitings since am to day denied eating new food or left overs no blood in vomiting and no abd pain or tenderness and denied any diarrhea sob cough chest pain fever chills ha dizziness

**Objective** 04-27-2023 12:31 pm - Mahajan, Rajendra : vitals normal BP 133/96 rr 16 temp 98.7 hr 96 and pulse ox 98 % has no distress breathing quietly awake alert orientedx3 HEENT : Head AT NV . eyes PERRLA , normal eom no focal facial sensory motor loss no nasal or ear bleeding/discharge no icterus CVS tachycardia rest unremarkable RS; CTA abdomen : soft NT ND BS normal no mass or guarding Beuro normal by observation no focal deficits noted psych : quiet at present but hx of psychosis

**Assessment** 04-27-2023 12:31 pm - Mahajan, Rajendra : 1) acute gastritis with vomiting 2) severe mental health issues 3) high safety risk

**Plan** 04-27-2023 12:31 pm - Mahajan, Rajendra : 1) IM Zofran 4 mg given 2) Advised to take gatorade 3 time /day keep hydrated 3) patient refused protonix /mylanta 4) will observe for 4 hrs in OPHU and if stable will transfer him back to HU

**Education** 04-27-2023 12:31 pm - Mahajan, Rajendra : cooperate keep calm drink fluids

**Recorded By** Mahajan, Rajendra

**Notes Regarding Note Off** *[blank]*

| Addendums | Date Time | Recorded By |
|---|---|---|
| LATE ENTRY FROM EARLIER IN THE SHIFT OPHU AROUND 1220 Informed from ASCO Officers that this patient will be coming in from trauma room, and to approach patient carefully due to extremely aggressive behavior and history of attacking "10 staff members in the last month" Pt brought in shortly after on wheelchair and taken into cell. Pt. was sitting quietly in his chair, AO3, NAD noted, no SOB, neuro intact, able to verbalize needs, calm and cooperative with the orders of ASCO regarding removing handcuffs/taking a seat. Once patient was situated in the cell, received a VO from OPHU Provider to give pt stat dose of Protonix 40mg and 2 Gatorade, and will watch the patient for 4 hours r/t projectile vomiting, and if stable can be sent back to HU. RN prepped the order and went to give to the patient and after multiple attempts to medicate patient, informed MD that the patient did not agree but will try again. Rounds were performed in regular intervals to check on patient and approximately 1320, both MD and RN approached patient at cell door to educate/evaluate on his s/sx and current health. Pt had a steady gait and met us at the cell door, at this point no visual injuries, regular rate of breathing, regular color, and pt able to verbalize needs although patient still not agreeing to treatment but instead patient asked if he could go back to his HU, where he was informed that we will monitor him in OPHU for a few more hours and then he could go. At this time cell was clean from any vomit. Approximately around 0200 RN performed another round on patient and saw patient was laying in his bed with covers over bottom half of body sleeping, rise and fall of chest noted and MD was informed that he was resting and still no vomit present. The tentative plan was still to have ASCO transport the patient back to HU after count had cleared since he had been without incident since time of admittance in OPHU, this was conveyed with and agreed upon with the ASCO OPHU Deputies. | 2023-04-27 18:10:40.000 | Chagger, Sumeet |

| | |
|---|---|
| **Call Date** | 04-27-2023 12:58 pm |
| **Clinician Name** | Par Kaur |
| **Requested by Patient?** | No |
| **Subjective** | 04-27-2023 11:01 am - Kaur, Par : As per HU deputy Patient seen doing Projectile Vomiting. Patient seen at his cell door by window, drinking continuosly water at least 15 glass, upon asking patient did not reply any thing.<br>04-27-2023 11:20 am - Kaur, Par : Hu sergeant asked the patient if he wants to change his clothes in Spanish, patient states yes and changed his clothes. Patient denies to answer any question to nurse |
| **Objective** | 04-27-2023 11:04 am - Kaur, Par : Patient alert, Spanish speaker,<br>04-27-2023 11:20 am - Kaur, Par : Alert, verbally responsive, no sob noted, Vomit with food noted on Toilet seat, floor, cell wall, water all over on floor. |
| **Assessment** | *[blank]* |
| **Plan** | 04-27-2023 11:20 am - Kaur, Par : Patient brought to Trauma room by Wheel chair, vs checked, DR Mahajan assessed the patient, patient denies for Nausea, headache, stomach pain, upon asking, states he did not eat anything Else. Received order for Stat IM ONDANSETRON 2ML4MG/2ML 1 ML Intramuscularly Stat GIVEN, Patient transferred to OPHU for further evaluation at 11 am, Endorsement given to OPHU Nurse. |
| **Education** | *[blank]* |
| **Recorded By** | Kaur, Par |
| **Notes Regarding Note Off** | *[blank]* |

| | |
|---|---|
| **Call Date** | 04-27-2023 5:08 pm |
| **Clinician Name** | Kim E Sadia |
| **Requested by Patient?** | Yes |
| **Subjective** | 04-27-2023 4:46 pm - Sadia, Kim : RNs responding to an unresponsive patient in OPHU |
| **Objective** | *[blank]* |
| **Assessment** | *[blank]* |
| **Plan** | *[blank]* |
| **Education** | *[blank]* |
| **Recorded By** | Hundal, Harkamaljit |
| **Notes Regarding Note Off** | *[blank]* |

| Addendums | Date Time | Recorded By |
|---|---|---|
| This RN was responding to the unresponsive patient with the PM RN Supervisor, OPHU RN, Medical Director, and HSA and we observed that patient was already pale, no rising of the chest, and we were not able to feel a pulse after checking for radial and carotid pulses. This RN immediately initiated chest compressions while another RN was giving breaths with an ambu-bag attached to an O2 tank and another RN initiated the CODE 3. Pt's jaw was already clenched shut and we were not able to establish a good airway at this point. Shortly after initiation of chest compressions, water and blood started to spurt out of patient's nose and mouth. AED was attached and we were not advised to give any shock for the duration of our response. This RN got the suction machine and started suctioning the patient after switching out with another RN for chest compressions. Pt was given 2 doses of nasal Narcan and 1 dose of IM Narcan before Paramedics arrived. This RN continued suctioning the patient with the paramedics until patient was declared deceased. See more details in the Emergency Response Scribe Sheet. This RN was present during the emergency response and I attest to the above documentation found in the Emergency Response Scribe Sheet. | 2023-04-27 17:33:08.000 | Sadia, Kim |
| Upon change of shift reporting between AM to PM shift, informed by passing HSA Durbin of possible code 3 in OPHU. Initiated by response by both AM and PM supervisor to OPHU for additional assistance. Noted to also be accompanied by Medical Director. Upon arrival to OPHU it was noted that deputies awaiting additional resources due to patient safety classification, however, upon visual inspection from outside cell, patient noted to be absent of chest rise and movement with general pallor. Immediate intervention rendered by initiation of code 3, simultaneously accompanied by life saving measures rendered by multiple nurses. Detailed on primary nurse note. Emergency response scribe sheet. | 2023-04-27 17:36:50.000 | Naria, Michael |
| Arrived to OPHU after being summoned by OPHU physician with concern of unresponsive patient. Upon arrival to room 11 cell door, RN Hundal reported she was performing rounds, and noted that patient was not responding to verbal commands and could not note his chest rising and falling. At this point, RN Hundal, Doctor Traina, and Dr. Mahajan entered the room to assess the patient further. After noting the patient was without a pulse and not breathing a code three was called, asking for additional nursing staff and emergency supplies. With the help of RN Sadia, this nurse assisted the patient off the bed to the floor to position the patient for safe effective CPR. RN Hundal, RN Naria, and RN Sadia begin resuscitation efforts and called for an AED and scissors. I left to retrieve scissors to cut top garment to allow for AED pad placement. After scissors were used to cut top garment, AED pads were applied and resuscitation efforts continued. This nurse asked for Narcan and this was provided by RN Viray and RN George. Coordinating with cycles of CPR, one dose of Nasal Narcan was administered to the right nostril at 1527, and the second dose of nasal Narcan was administered to the left nostril at 1528. This nurse then relieved nurse on chest compressions for one cycle of CPR, noting that the patient remained pulseless and still not breathing. Suction was requested when clear to serous sanguineous fluid was noted from nose and mouth. This nurse then stepped back and offered verbal cues to help with | 2023-04-27 17:54:39.000 | Durbin, Michael |

| | | |
|---|---|---|
| coordinating continued resuscitation efforts, and asked for paper work to be prepared for emergency transport. Patient remained pulseless, not breathing, and without a rhythm suggestive of an advised shock throughout the resuscitation efforts. Upon arrival of emergency personnel, this nurse offered brief report to immediate responders, and handed off to Dr. Traina to offer full report. | | |
| Responded to call over the radio for Code 3 in OPHU, around 1525. Upon reaching, observed multiple deputies outside the pt cell. HSA Durbin, Dr R. Mahajan, Medical director Dr Traina as well as AM and Pm shift supervisors present. Pt was observed lying in supine position on the cell floor. Pt noted with no rise and fall of chest. Skin was pale and cold to touch. Chest compressions were being administered by one of the RNs and PM shift supervisor with ambu bag, non rebreather mask, attached to O2 tank, was administering breaths. Different RNs took turns to administer chest compressions. This nurse on stand by for help. Checked pt's blood sugar at 1528, which was 82 mg/dl. Verbal order given by Dr Mahajan to give pt IM Narcan. IM Narcan administered in left vastus lateralis by this nurse at 1533. Around 1536, this nurse took over administering chest compressions. Fire came around 1537 and started Lucas compression machine. And they took over. Detailed note by primary nurse. | 2023-04-27 17:55:39.000 | Baath, Sapandeep |
| Responded to OPHU for reported Code 3. Arrived at scene at approximately 1527 hours, noted multiple deputies, HSA Durbin, MD Trina, MD Mahajan, RN Sadia, RN Hundal and Charge Nurse Naria already on scene. Pt. seen lying on his back, unresponsive with no observable chest rise. This nurse provided HSA Durbin with the second Narcan for nasal administration at approximately 1528. After dose of Narcan was given by HSA Durbin, this nurse relieved RN Hundal and resumed administering chest compressions on unresponsive Pt. until relieved by other surrounding nurses. This nurse continued to rotate and relieve nurses who were administering chest compressions until Fire arrived at approximately 1537 hours. Detailed on primary nurse note. | 2023-04-27 18:22:01.000 | Viray, Ludivico |
| Writing nurse was informed of code 3 in OPHU, brought glucometer to assess pt's blood sugar but was informed by RN S. Baath that she had just checked pt's blood sugar already. Writing nurse took over scribing from RN S. Baath so that she could draw up IM Narcan injection. Upon arrival observed that pt lying supine with no rise/fall of chest and pallor skin, with blood and clear fluid coming from pt's nose and mouth. Witnessed medical staff already at the scene responding: PM RN Supervisor giving breaths with an ambu-bag attached to an O2 tank and RN L. Viray giving chest compressions, with HSA, Dr. Mahajan, RN S. Baath, RN H. Hundal, RN Z. Amiri and Medical Director in the cell aiding. Witnessed RN S. Baath give IM Narcan injection to pt's left thigh. Chest compressions and ambu-bag breaths were observed to be given. Observed AED use. Observed fire and EMS arriving to scene. This writing nurse attests and confirms the details from primary nurse's report. | 2023-04-27 19:00:10.000 | Karim, Laila |

## Dental Sick Calls

(No Records)

## Mental Health Sick Calls

(No Records)

## Alerts

| Alert | Created By | Create Date | Removed By | Remove Date |
|---|---|---|---|---|
| Interpreter Needed | McLean, Gerri | 11-21-2020 1:38 pm | , | *[blank]* |
| Chronic Care | McLean, Gerri | 11-21-2020 1:38 pm | , | *[blank]* |
| Active Withdrawal | McLean, Gerri | 01-09-2021 9:10 am | System, CorEMR | 01-20-2021 9:10 am |
| Suicide History | Bazar, Jeny | 02-05-2022 1:16 am | , | *[blank]* |
| Mental Health Patient | Bazar, Jeny | 02-05-2022 1:16 am | , | *[blank]* |
| Title 42 Consent | Lordan, D. | 09-21-2022 3:28 pm | System, CorEMR | 10-13-2022 12:06 am |
| Suicide Watch | Lordan, D. | 09-21-2022 4:28 pm | , | *[blank]* |
| Active Withdrawal | Stevenson, Carol | 12-07-2022 8:33 pm | System, CorEMR | 12-18-2022 8:33 pm |
| Title 42 Consent | Divinagracia, Jed | 12-28-2022 10:18 am | System, CorEMR | 01-11-2023 12:06 am |
| Title 42 Consent | Luz, Hector | 02-03-2023 1:04 am | System, CorEMR | 03-18-2023 12:06 am |
| Title 42 Consent | Nacis, Olivia | 03-29-2023 10:03 am | System, CorEMR | 05-02-2023 12:05 am |