# EXHIBIT C

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

ESTATE OF JESUS ERIC MAGANA, )
)
)
Plaintiff, )
)
vs. ) Case No. 3:24-cv-04716
)
COUNTY OF ALAMEDA, ALAMEDA )
COUNTY SHERIFF'S OFFICE, )
YESENIA SANCHEZ, ERIK BAKER, )
ZACHARY TSANG-LEE, PETER )
CANDELARIO, CALIFORNIA )
FORENSIC MEDICAL GROUP dba )
WELLPATH, RAJENDRA MAHAJAN, )
SUMEET CHAGGER, HARPREET )
HUNDAL, and DOE 1 to 20, )
)
Defendants. )
_______________________________)

CERTIFIED TRANSCRIPT

VIDEOTAPED DEPOSITION OF RAJENDRA MAHAJAN, M.D.

TUESDAY, JUNE 16, 2026, 12:32 p.m.

BERKELEY, CALIFORNIA

Stenographically reported by:

DEBORAH WONG BROOKS, CSR, License No. 5223

12:40 Q Mahajan. All right.
12:40 And how long have you been licensed to practice
12:40 medicine in California?
12:40 A California, about four and a half years. Four
12:40 years.
12:40 Q Four years.
12:40 A Roughly that. Yeah.
12:40 Q All right. And before you were licensed in
12:40 California, were you licensed in any other state?
12:40 A Correct. Kentucky.
12:40 Q Kentucky.
12:40 A I still have that.
12:40 Q And how -- when did you become licensed in
12:40 Kentucky?
12:40 A Exact date -- 2007.
12:41 Q Before being licensed to practice medicine in
12:41 Kentucky in 2007, were you licensed anywhere in the
12:41 United States?
12:41 A Yes. Pennsylvania. Ohio.
12:41 Q And when were you licensed in Pennsylvania?
12:41 A That is one year ago. That is 2006.
12:41 Q And other than Pennsylvania, Kentucky, and
12:41 California, have you been licensed anywhere else?
12:41 A Ohio.
12:41 Q And when were you licensed in Ohio?

01:49 Q Now, on the day that Eric Magana came in, Par Kaur told you that he had drunk a lot of glasses of water, didn't he?
01:49 A First said he had projectile vomitings. He had vomited for five times.
01:49 Q Do you remember her also telling you that he had drunk 15 glasses of water?
01:49 A 15 cups of water. Yeah. I remember her saying something like that.
01:50 Q 15 cups of water.
01:50 And 15 -- if they were eight-ounce cups of water, then that's a lot of water, isn't it?
01:50 A It is a lot of water, but it is not exact amount we could guess out.
01:50 Q All right.
01:50 A Roughly.
01:50 Q And when someone is -- when you heard that someone drank 15 glasses of water, did that raise any concern in your mind?
01:50 A All concerns. Everything concerns to me. Yes.
01:50 Q And what was the concern that that gives?
01:50 A First thing when I see the patient, I have to see his condition. First I see whether he's in distress, whether he needs -- he's comatose, he is having any mental status changes, he's having any acute problem.

01:50 Sometimes they may need CPR.
01:50 So, I don't know what the cause is, but I have
01:50 to first see their condition, and that may warrant me to
01:51 call the code immediately or examine further before I get
01:51 the other history.
01:51 Q Well, my question was a little different. My
01:51 question was when you learned that he had drunk 15
01:51 glasses of water, did you have any concerns on hearing
01:51 that?
01:51 A Certainly. Yes.
01:51 Q What were those concerns?
01:51 A Like, whether he had got any problem with
01:51 symptoms of hyperhydration. That is also called water
01:51 intoxicating. Whether he had vomiting, so he was
01:51 dehydrated. Dehydration. I mean, all these
01:51 complications can be possible. So, I had to look into
01:51 it.
01:51 Q And what are the dangers of water intoxication?
01:51 A Patient can get muscle cramps. He can get --
01:51 depending on symptoms. It can be mild. It can be very
01:51 severe. Depending on his situation; total situation.
01:52 And everybody is different. So --
01:52 Q What are the dangers of water intoxication?
01:52 A He can have muscle cramps. He can have
01:52 **headaches. He can have dizziness. He can have shortness**

02:04 A Deputies don't say about the medical condition, but -- I don't remember, but they said about aggressive nature and something like that.
02:04 Q Okay. So, the second line says "and violent aggressive and impulsive with a history of attacking deputies."
02:04 A Yes.
02:04 Q You see that?
02:04 A Yes.
02:04 Q That would have been information that you got from the deputies.
02:04 A I don't know who gave it exactly. But the nurse, the deputy, they gave me that information.
02:05 Q Okay. And you also wrote down "was seen to be vomiting all over cell and was brought to trauma room."
02:05 A Yes.
02:05 Q Correct?
02:05 A Yes.
02:05 Q "When seen he was alert" -- "awake, alert, oriented."
02:05 A Correct.
02:05 Q Okay. "Times three."
02:05 A Correct.
02:05 Q Now, what does the "times three" mean?
02:05 A Means he's oriented with time, person, and

02:05 place.
02:05 Q And he's Spanish-speaking.
02:05 A He's Spanish-speaking.
02:05 Q So, how were you able to talk to him?
02:05 A Through the interpreter. My sergeant -- the
02:05 deputy was there who speak the Spanish sometimes, or
02:05 nurses who can speak the Spanish, they interviewed.
02:05 Q All right. And he was in a wheelchair.
02:05 A Correct.
02:05 Q Okay. And so you were able to talk to him only
02:05 by having the deputy interpret for you.
02:05 A I believe so he also understood English.
02:06 Partially he answered directly. He understood English,
02:06 because when I was asking the questions to the deputy and
02:06 to translate, he was answering the questions.
02:06 Q And he was in a wheelchair.
02:06 A He was in a wheelchair.
02:06 Q Now, you wrote the vitals were normal, correct?
02:06 A Correct.
02:06 Q But you didn't -- and are the vitals under
02:06 where you wrote Objective?
02:06 A Correct.
02:06 Q Okay. So, the blood pressure was 133 over 96.
02:06 A Yes.
02:06 Q And his -- what does "RR" stand for?

02:06 A Respiratory rate. Respiratory rate. Breathing rate.
02:06 Q And what does that mean?
02:06 A His breathing was normal. Means if somebody has a -- you are asking me, so I'm going to tell you.
02:06 Somebody has respiratory distress or some problem breathing, his respiratory rate will go 20, 24, 28, like that.
02:06 His respiratory is 16 per minute. Means he's breathing normally and quietly.
02:06 Q How long does it take in an examination to determine that someone is breathing normally?
02:07 A One minute. Not more -- 30 seconds. We can see -- count how many -- nurses count that.
02:07 Q So, what you would have to do is look at the time and count the breaths?
02:07 A Yeah. Just -- we see how many times, in a minute or half a minute, he breathe how many times.
02:07 Q Okay. And how many times would -- how many minutes would you need to do that?
02:07 A 30 minutes -- 30 seconds or one minute.
02:07 Q One breath.
02:07 A One minute. One breathe. Not one breathe. We count for one minute.
02:07 Q You count for one minute.

02:07 A One minute.
02:07 Q So, it would depend on how many breaths he took in that minute.
02:07 A In a minute.
02:07 Q His temperature was 98.7, right?
02:07 A Mm-hmm.
02:07 MS. STARK: Say yes.
02:07 THE WITNESS: Yes. Yes.
02:07 BY MS. HUANG:
02:07 Q Okay. And his heart rate was 96. Is that HR? Is that heart rate?
02:07 A Yes.
02:07 Q Okay. 96.
02:07 A Yes.
02:07 Q Is that considered high?
02:08 A Little high.
02:08 Q A little high.
02:08 And his pulse oxygen was 98 percent.
02:08 A That was normal. Yeah.
02:08 Q Okay. So, what you know about this person is he has a severe psychiatric history. He was violent and aggressive, correct?
02:08 A Correct.
02:08 Q He was seen vomiting and then brought to the trauma room, right?

02:08 A Correct.
02:08 Q To your perception, he was not exhibiting distress or discomfort.
02:08 A Yes. No. He was not exhibiting.
02:08 Q Okay. "Was non toxic." What does that mean?
02:08 A Means he did not show any symptoms of toxicity. That he's drowsy. He is not able to answer the question. So, toxicity means when somebody is toxic, he's not normal. He cannot understand the surroundings.
02:08 Q And so while you were talking to him, he was handcuffed.
02:08 A Yes.
02:08 Q And when you asked him, he said he had -- who said he had five projectile vomitings? Did he say it, or did the nurse?
02:09 A No. My nurses reported to me.
02:09 Q The nurse reported this to you.
02:09 A Correct.
02:09 Q Okay. And this was also because he was Spanish-speaking, right?
02:09 A Yeah. And he noted. And so he didn't -- when I was briefed, he did not object it or he did not say no to it. Like, he was noting that that is what happened.
02:09 Q And he denied or the sergeant translated that he denied eating new food or leftovers?

02:09 A Correct. That was -- I was worried about that.
02:09 Q Okay. There was no blood in the vomiting.
02:09 A No blood. Correct.
02:09 Q And no abdominal pain or tenderness.
02:09 A Correct.
02:09 Q And that's because you palpated his stomach?
02:09 A Correct. And I asked him, too.
02:09 Q Okay. You asked him to palpate, or you asked him whether he had --
02:09 A I asked him if there was pain.
02:09 Q And he said No.
02:09 A No.
02:09 And then I was palpating him. He was saying no pain.
02:10 Q Okay. And he denied any diarrhea.
02:10 A Correct.
02:10 Q And what is "SOB"?
02:10 A Shortness of breathe. Any difficulty in breathing.
02:10 Q So, he said he had no diarrhea, no shortness of breath, no cough.
02:10 A No.
02:10 Q No chest pains.
02:10 A Mm-hmm.
02:10 Q No fever, no chills, no -- "HA" is headaches?

02:10 A Yes.
02:10 Q And no dizziness.
02:10 A Correct.
02:10 Q So, this was you asking him through the
02:10 sergeant.
02:10 A I was asking to sergeant, and I was also
02:10 observing it.
02:10 Q You were observing him.
02:10 A If somebody coughs, we know that he's coughing.
02:10 Q He wasn't coughing in front of you.
02:10 A He was not coughing.
02:10 Q Okay. Now, you noticed that he was sitting
02:10 quietly.
02:10 A Correct.
02:10 Q And he was not agitated.
02:10 A No.
02:10 Q All right. And did you think that this was a
02:10 change in mental status where they reported that he was
02:10 aggressive and impulsive?
02:11 A No. That is his general history of
02:11 aggressiveness. The person is not all the time
02:11 aggressive.
02:11 He can be aggressive. That is -- history says
02:11 that he has a habit or he can be aggressive
02:11 **intermittently. It doesn't mean that somebody is**

trauma clinic at the OPHU, did anyone call you or radio you or let you know, "Hey, we're bringing him here." Anything like that?

A Yes. I think so. That usually it happens that my nurse get the call, and then she tells me that we are getting someone, and we are to go there.

So, we start walking there, and the patient is already there or he's being brought there in trauma room.

Q Do you recall any specific information as to why he was being brought there?

A I was told that he was vomiting for five times, and then somebody said that probably he drank some 10, 15 cups of water.

MS. CRAWFORD: This may get tricky, but I want to show a video. So, let me share my screen.

Well, hold on a second. Let's go off the record.

THE VIDEOGRAPHER: We're off the record. The time is 4:01 p.m.

(Off the record from 4:00 p.m. to 4:01 p.m.)

THE VIDEOGRAPHER: We're back on the record. The time is 4:02 p.m.

BY MS. CRAWFORD:

Q All right. Dr. Mahajan, we are back on the record. You understand you're still under oath?