# EXHIBIT D

| | |
|---|---|
| **Patient Allergies** | NKDA |
| **Original Number of Refills** | *[blank]* |
| **Note to Pharmacy** | *[blank]* |
| **System Notes** | Ordered by Rajendra Mahajan on 04-27-2023 at 12:34 pm as NW17<br>Pharmacy:New order<br>Approved by Dr. Mahajan, Rajendra P on 05/01/2023 1411.<br>Cancelled by System, CorEMR on 05/02/2023 0005. Reason: "Inmate was released 05-02-2023".<br>Status automatically changed to Discontinued by System on behalf of CorEMR System on 05-02-2023 at 12:05 am. |
| **Sent Order to Pharmacy on Date** | 04-27-2023 |
| **Pharmacy Confirmed Receipt?** | Unconfirmed |
| **Number of Doses Offered** | *[blank]* |
| **Number of Doses Received** | 1 |
| **Number of Doses Refused/Absent** | *[blank]* |
| **Percent of Doses Received** | *[blank]* |

| | |
|---|---|
| **Medication Name (Brand Name)** | ONDANSETRON 2ML (ZOFRAN) |
| **Dosing Frequency** | Stat |
| **Doctor's Instructions** | 1 ML Intramuscularly Stat |
| **Order Date** | 04-27-2023 |
| **Dosing Begin Date** | 04-27-2023 |
| **Dosing End Date** | 04-27-2023 |
| **Medication Expiration Date** | *[blank]* |
| **Pharmacy Drug Code** | *[blank]* |
| **Dose Strength** | 4MG/2ML |
| **Number of Doses** | 1 |
| **Generic Substitutions Permitted?** | 1 |
| **Patient Specific/Stock Medication** | *[blank]* |
| **Keep on Person/Staff Distributed** | 1 |
| **Current Status** | Stat |
| **Number of Refills** | *[blank]* |
| **Recorded By** | Kaur, Par |
| **Prescriber Name** | Dr. Mahajan, Rajendra P |
| **Prescriber License Number** | BM9954290 |
| **Patient Allergies** | NKDA |
| **Original Number of Refills** | *[blank]* |
| **Note to Pharmacy** | *[blank]* |
| **System Notes** | Ordered by Par Kaur on 04-27-2023 at 11:16 am as ST45<br>Approved by Dr. Mahajan, Rajendra P on 05/01/2023 1411. |
| **Sent Order to Pharmacy on Date** | *[blank]* |
| **Pharmacy Confirmed Receipt?** | Unconfirmed |
| **Number of Doses Offered** | *[blank]* |
| **Number of Doses Received** | 1 |
| **Number of Doses Refused/Absent** | *[blank]* |
| **Percent of Doses Received** | *[blank]* |

| | |
|---|---|
| **Medication Name (Brand Name)** | NALOXONE (NARCAN) 1ML (NARCAN) |
| **Dosing Frequency** | Stat |
| **Doctor's Instructions** | 1 ML Intramuscularly Stat |
| **Order Date** | 04-27-2023 |