# EXHIBIT E

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

ESTATE OF JESUS ERIC MAGANA, )
)
)
Plaintiff, )
)
vs. ) Case No. 3:24-cv-04716
)
COUNTY OF ALAMEDA, ALAMEDA )
COUNTY SHERIFF'S OFFICE, )
YESENIA SANCHEZ, ERIK BAKER, )
ZACHARY TSANG-LEE, PETER )
CANDELARIO, CALIFORNIA )
FORENSIC MEDICAL GROUP dba )
WELLPATH, RAJENDRA MAHAJAN, )
SUMEET CHAGGER, HARPREET )
HUNDAL, and DOE 1 to 20, )
)
Defendants. )
________________________________)

CERTIFIED TRANSCRIPT

VIDEOTAPED DEPOSITION OF SUMEET CHAGGER

TUESDAY, JUNE 9, 2026, 3:29 p.m.

SAN RAMON, CALIFORNIA

Stenographically reported by:

DEBORAH WONG BROOKS, CSR, License No. 5223

03:36 see -- the nurse, whose name is also Chagger. Sumeet --
03:36 you are Sumeet Chagger. Harkamaljit.
03:36 A That's my wife.
03:36 Q You're married.
03:36 A Mm-hmm.
03:36 Q Okay. Now we know. Well, congratulations on
03:36 that. How long have you been married?
03:36 MS. STARK: Remember, you're under oath.
03:36 THE WITNESS: Seven years I want to say.
03:36 BY MS. HUANG:
03:36 Q Seven years.
03:36 A Yes.
03:36 Q Okay. And what is your medical license?
03:36 A Nurse practitioner, as well as the RN.
03:36 Q You are now a nurse practitioner.
03:36 A Correct.
03:36 Q Okay. And when did you become a nurse
03:36 practitioner?
03:36 A 2023 I graduated.
03:36 Q And where did you go to get your nurse
03:36 practitioner?
03:36 A Eastern Kentucky University.
03:37 Q And how long is the program to become a nurse
03:37 practitioner?
03:37 A It took about three years.

04:34 "Late entry from earlier in the shift OPHU around 1220 informed from ACSO Officers that this patient will be coming in from trauma room, and to approach patient carefully due to extremely aggressive behavior and history of attacking," quote, "10 staff members in the last month," end quote.

04:35 Where would this information come from?

04:35 A The quotations?

04:35 Q No. That sentence. I believe that's a sentence, right, that ends -- I mean, it just grammatically seems like it's a sentence that ends with "month," end quote.

04:35 A But you're asking where the sentence came from?

04:35 Q Yeah.

04:35 A I wrote it.

04:35 Q You wrote it.

04:35 And is it because ACSO officers actually personally told you that this patient will be coming in?

04:35 A Correct.

04:35 Q Uh-huh. And it was around 1220 that you're aware -- that you put down.

04:35 A Yes.

04:35 Q And how would you remember that it was 1220?

04:35 A I wrote it down.

04:35 Q Somewhere on a piece of paper.

04:35 A Correct.
04:35 Q That you had on your person at 6:10.
04:36 A Correct.
04:36 Q And -- but you have no personal recollection of having been told this, as you sit here.
04:36 A Correct.
04:36 Q All right. And you were told to approach the patient carefully because of extremely aggressive behavior.
04:36 A Correct.
04:36 Q And that he had a history of attacking 10 staff members in the last month.
04:36 A Correct.
04:36 Q Okay. So, this is a picture of someone who is very aggressive.
04:36 A Correct.
04:36 Q All right. And the next sentence says, "Patient brought in shortly after on wheelchair and taken into cell."
04:36 Now, would you have witnessed that, or was that something that someone told you?
04:36 A Witnessed.
04:36 Q You witnessed that. You would not have put that in there if you hadn't witnessed it.
04:36 A That is correct.

04:51 ensure that I maximize their chance of getting the
04:51 medication.
04:51 Q Now, were the multiple attempts videotaped?
04:51 A No.
04:51 Q Just the first one was videotaped.
04:51 A Correct.
04:51 Q Are you supposed to be accompanied by a deputy
04:51 each time that you went?
04:51 A No.
04:51 Q Are there any other records, other than this
04:52 note here that you made multiple attempts, that you, in
04:52 fact, went back more than once?
04:52 A I'm not sure.
04:52 Q You're not aware of any.
04:52 A Correct. I'm not aware of any.
04:52 Q All right. "Rounds were performed in regular
04:52 intervals to check on the patient." You wrote that.
04:52 A Correct.
04:52 Q And what were the -- what are the records that
04:52 you made rounds at regular intervals?
04:52 A I'm not sure.
04:52 Q You're not aware of any.
04:52 A I'm not aware of any.
04:52 Q All right. "And approximately at 1320, both MD
04:52 and RN approached patient at cell door." You see that

04:52 line?
04:52 A Yes.
04:52 Q Okay. What basis did you come up with 1320?
04:52 Do you recall?
04:52 A No.
04:52 Q "Both MD and RN approached the patient at cell
04:52 door."
04:53 Do you recall doing that?
04:53 A No.
04:53 Q Is there a video of you doing that?
04:53 A I'm not sure.
04:53 Q Okay. "To educate and evaluate his" -- "on his
04:53 s/sx and current health." You see that?
04:53 A Yes.
04:53 Q What's "s/sx"?
04:53 A Symptoms.
04:53 Q Symptoms. And what's "sx"?
04:53 A Signs and symptoms.
04:53 Q Say that again?
04:53 A Signs, slash, symptoms.
04:53 Q Signs, slash, symptoms.
04:53 "Patient had a steady gait and met us at the
04:53 cell door." Do you see that?
04:53 A Yes.
04:53 Q Do you recall that?

04:53 A No.
04:53 Q Okay. When you went the first time that was on video, can you see the patient in the video?
04:53 A I'm not sure.
04:53 Q Do you recall whether he was seated, or did he walk to the door?
04:53 A I'm not sure.
04:53 Q All right. And "at this point no visual injuries, regular rate of breathing, regular color, and patient able to verbalize needs." Do you see that?
04:54 A Correct.
04:54 Q What did he verbalize?
04:54 A I'm not sure.
04:54 Q Do you have any records saying what he verbalized?
04:54 A No.
04:54 Q Now, the only thing that you did was to view him through a door. Right?
04:54 A Correct.
04:54 Q There were no vitals taken, correct?
04:54 A I guess not.
04:54 Q All right. And what did you do to determine that there was a regular rate of breathing?
04:54 A Visually.
04:54 Q You just watched him.

04:54 A Correct.
04:54 Q And you're able to, by watching someone,
04:54 determine whether they're breathing regularly.
04:54 A Yes.
04:54 Q And you state in the sentence that "patient
04:54 asked if he could go back to his housing unit."
04:54 A Correct.
04:54 Q All right. Now, "where he was informed that we
04:54 will monitor him in OPHU for a few more hours and then he
04:54 could go back," do you see that?
04:55 A Yes.
04:55 Q Who told him that? Did you tell him that, or
04:55 did Dr. Mahajan tell him that?
04:55 A I'm not sure.
04:55 Q You don't recall.
04:55 A I don't recall.
04:55 Q There's no video recording of that.
04:55 MS. STARK: Calls for speculation.
04:55 THE WITNESS: I'm not sure if there's a video
04:55 recording.
04:55 BY MS. HUANG:
04:55 Q And this time at 1320, you went to do the visit
04:55 of your rounds without the presence of a deputy, correct?
04:55 A Correct.
04:55 Q And why is that?

04:55 A Why did I go without the deputy?
04:55 Q Yes.
04:55 A I would be guessing. But it would be because, 04:55 in the beginning, he did not want to take his medication. 04:55 So, I didn't want to grab a deputy, as they are busy in 04:55 the OPHU, just to have him accompany me to potentially 04:55 also not be able to -- or to have the patient not agree 04:55 again to give the medication and waste their time.
04:56 Q You didn't want to waste the deputy's time.
04:56 A Correct.
04:56 Q Now, at 2 o'clock you went to do another round, 04:56 according to your notes.
04:56 A Okay.
04:56 Q Is that what it says?
04:56 A Yes.
04:56 Q All right. And when you wrote this, this was 04:56 true and correct. Right?
04:56 A Yes.
04:56 Q And this was based upon notes that you wrote on 04:56 a piece of paper that you had in a pocket.
04:56 A I'm not sure if it was in a pocket.
04:56 Q Well, where would you keep these notes? Did 04:56 you have a notebook?
04:56 A Clipboard.
04:56 Q A clipboard. Uh-huh.

04:56 And what happened to these notes?
04:56 A At the end of the day, or when you're done
04:56 charting, you discard them in a bin that they shred
04:56 afterwards.
04:56 Q And you saw Eric Magana laying on his bed with
04:57 covers over the bottom half of his body sleeping,
04:57 correct?
04:57 A Okay.
04:57 Q How was he laying? Do you recall?
04:57 A No.
04:57 Q Was he laying on his side?
04:57 A I'm not sure.
04:57 Q You don't have any memory.
04:57 A No.
04:57 Q The rise and fall of the chest was noted. You
04:57 see that?
04:57 A Yes.
04:57 Q And at the time you wrote this note on your
04:57 clipboard or piece of paper, that was true and correct?
04:57 A Yes.
04:57 Q And you went back and told Dr. Mahajan that the
04:57 patient was resting and no vomit was present. Is that
04:57 right?
04:57 A Yes.
04:57 Q All right. Now, if you told Dr. Mahajan that,

04:57 is he required to write a medical note?
04:57 A No.
04:57 Q No.
04:57 Is he required to do a medical note that you
04:57 and he did rounds at 1:20?
04:57 A I'm actually not sure what they're required of.
04:57 Q "The tentative plan was still to have ACSO
04:58 transport the patient back to the housing unit after the
04:58 count was cleared." You see that?
04:58 A Yes.
04:58 Q Who made that tentative plan?
04:58 A The M.D.
04:58 Q And did you convey this to the ACSO OPHU
04:58 deputies?
04:58 A "This was conveyed with and agreed upon
04:58 with" -- I'm not sure. I don't recall.
04:58 Q How was information conveyed to the ACSO OPHU
04:58 deputies? Do you write it?
04:58 A Verbally.
04:58 Q Verbally. You walk over to the desk and say,
04:58 "Hey, Magana can go back after count."
04:58 A That is correct. Or they walk to us.
04:58 Q Or they --
04:58 A Or they would walk to us.
04:58 Q To ask you what's going on with Magana.

A Correct.
Q Did they ever tell you that at 2 o'clock, they went over there and couldn't tell if Magana was breathing or not?
A They never told me that.
Q Did any of the deputies tell you that they actually didn't think that he was breathing? That they didn't see any movement?
A I don't --
MS. CRAWFORD: Objection. Vague. Calls for speculation. Go ahead.
THE WITNESS: I don't recall.
BY MS. HUANG:
Q Do you recall anything, as you sit here today, of any conversations or communications you had with the deputies that day about Magana?
A No.
Q Do you recall which deputy you talked to?
A I don't recall.
Q Do you recall which deputies were on duty that day?
A I don't recall.
Q At the time -- at any time, do you recall reading any of the medical notes for Magana?
A No. I don't recall.

04:59 Q Did you talk to Nurse Kaur, K-A-U-R?
04:59 A I don't recall.
04:59 Q Did Dr. Mahajan ever tell you that Eric Magana
05:00 was excessively drinking water?
05:00 A I don't recall.
05:00 Q Did you know that?
05:00 A I don't recall.
05:00 Q Do you know what language Eric Magana spoke?
05:00 A Currently do I know?
05:00 Q Yes.
05:00 A No.
05:00 Q Do you know what language you were talking to
05:00 him in?
05:00 A I don't recall.
05:00 Q When did you find out that Eric Magana died?
05:00 A I do not recall.
05:00 Q Do you know who told you?
05:00 A No. I don't remember.
05:00 Q Did you ever speak to anybody about the
05:01 situation after he died?
05:01 A I spoke to my wife when we got the email that
05:01 we got deposed.
05:01 Q That you were going to be deposed.
05:01 A Correct.
05:01 Q Did you ever have an interview with anyone from