# EXHIBIT F

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

ESTATE OF JESUS ERIC MAGANA, )
)
)
Plaintiff, )
)
vs. ) Case No. 3:24-cv-04716
)
COUNTY OF ALAMEDA, ALAMEDA )
COUNTY SHERIFF'S OFFICE, )
YESENIA SANCHEZ, ERIK BAKER, )
ZACHARY TSANG-LEE, PETER )
CANDELARIO, CALIFORNIA )
FORENSIC MEDICAL GROUP dba )
WELLPATH, RAJENDRA MAHAJAN, )
SUMEET CHAGGER, HARPREET )
HUNDAL, and DOE 1 to 20, )
)
Defendants. )
______________________________)

CERTIFIED TRANSCRIPT

VIDEOTAPED DEPOSITION OF HARKAMALJIT CHAGGER

TUESDAY, JUNE 9, 2026, 12:51 p.m.

SAN RAMON, CALIFORNIA

Stenographically reported by:

DEBORAH WONG BROOKS, CSR, License No. 5223

12:58 MS. HUANG: I have to ask every client, "Are you going to change your testimony under oath."
12:58 Q I'm going to start with just some background information, and I understand that you are a medical professional?
12:58 A Yes.
12:58 Q What is your licensure?
12:58 A Right now, or at the time?
12:58 Q Right now.
12:58 A A nurse practitioner. Family nurse practitioner.
12:58 Q A nurse practitioner.
12:58 And at the time of the incident, you were --
12:58 A A registered nurse.
12:58 Q An RN.
12:58 And what is the difference between a family nurse practitioner and an RN?
12:58 A As an RN, you're not able to diagnose and treat. And as a nurse practitioner, you're practically a provider. So, you can do what a doctor does, but just not surgery and certain procedures.
12:59 Q And by "procedures," what is that?
12:59 A Like, surgical, small procedures.
12:59 Q So, you can do everything a doctor can do, but you just can't do procedures.