# EXHIBIT G

**In the Matter Of:**

ESTATE OF JESUS MAGANA vs COUNTY OF ALAMEDA

3:24-cv-04716-JD

**GLEN XIONG, M.D.**

*August 05, 2026*

ESQUIRE
DEPOSITION SOLUTIONS
800.211.DEPO (3376)
EsquireSolutions.com

that was the -- I think this was the associate -- this might have been an MFT -- no, this is a medical screening note, I do recall seeing that -- with the information that are summarized. 01:46 01:46 01:47 01:47

Q So did you pull out what you deemed to be mental health observations for this report? 01:47 01:47

A Yes, yes, these -- these were what's noted by the person who saw the patient and these were in the records. 01:47 01:47 01:47

Q As we sit here today, tell me if your understanding has changed, let me ask it this way. 01:47 01:47

At the time you wrote this report, what was your understanding about the entity responsible for providing mental healthcare at the jail? 01:47 01:47 01:47

A The entity -- well, it's not clear -- my understanding is there's a contracting entity that provided the medical care. And then whether the mental healthcare was part of that same contracting organization, that part was not clear. It was not clear to me that they were on the same platform, if they had access to the same records, that part -- I even raised that to Yolanda, I don't -- you know, we -- it's hard for me to figure that one out. 01:47 01:48 01:48 01:48 01:48 01:48 01:48 01:48 01:48

Q Okay. So, I'll represent to you you're correct, there is a contracted medical provider. 01:48 01:48

So we've been referring to them -- in this report they're often referred to as Wellpath, so that would be -- I'll represent to you that the medical provider who's contracted is called CFMG, and their managed service organization is Wellpath. 01:48

But is it fair to say where I see you saying Wellpath, you're referring to who you understood to be the medical provider at the jail? 01:49

A That's correct. 01:49

Q So I'll also represent to you Wellpath CFMG was not contracted to provide the mental healthcare at the jail. That was not within their scope of contracted duties. 01:49

So, given that, I just wanted -- that understanding now, I wanted to talk about some of the kind of conclusions or comments that were made about the medical record, and kind of walk through to see if that kind of understanding changes anything or if we can get some clarification of what things meant, does that make sense? 01:49

A Yes, so I appreciate that extra clarification. 01:49 01:50

So they are separate groups, one provided the medical care, one provided the behavioral healthcare; is that accurate? 01:50