# EXHIBIT I

**In the Matter Of:**

ESTATE OF MAGANA vs COUNTY OF ALAMEDA

3:24-cv-04716-JD

---

**MICHAEL T. PUERINI MD**

*July 30, 2026*

---

ESQUIRE
DEPOSITION SOLUTIONS
800.211.DEPO (3376)
EsquireSolutions.com

this deposition, did you decide what materials you
wanted to review?
A. I was sent multiple additional documents
sometime earlier this year, and I didn't look at --
MS. FRANK: Is he paused for others?
(Reporter clarification.)
(Recess, 1:34 p.m. to 1:43 p.m.)
BY MS. FRANK:
Q. All right. I'm going to reshare my screen to
the same exhibit, Exhibit A, where we left off, and I
want to make sure we can see my screen.
Can you see my screen?
A. I can.
Q. Okay. We were talking about the documents
review, and you were telling me about how you decided
which documents to look at in forming your opinion.
Can you tell me how you made the decision --
A. I reviewed all the documents that were
initially sent to me by Mr. Merin's office at the time
that I did my initial report. Subsequently, I
received a file, a very large set of files, on a zip
drive, and it was clear that there were additional
files. I didn't review those. I reviewed what I
reviewed initially for my draft report.
Last night I reviewed the deposition of

you didn't necessarily reviewed the entirety of the video, but you reviewed a portion of the video?
A. Yes.
Q. I see, on this list, we have the first amended complaint filed.
I want to be clear: I'm not a gotcha lawyer. I'm curious.
The active complaint is the second amended complaint. I want to verify -- have you reviewed the operative second amended complaint, to the best of your understanding --
A. No, I have not. This list is complete of what I've read and gone through, and I didn't -- no, I don't think so.
Q. I'm going to ask some questions. I think I know what the answer is, but I still need to get it on the record.
It looks like -- is it fair to say you did not review the written policies and procedures from CFMG or --
A. I don't remember reading any policies and procedures.
Q. Same question: Is it fair to say you didn't review any depositions of the medical providers?
A. I didn't.