# EXHIBIT K

**From:** Yolanda Huang <yhuang.law@gmail.com>
**Sent:** Friday, July 12, 2024 1:17 PM
**To:** Lorraine English <Lorraine.English@Wellpath.us>
**Subject:** [EXT] Eric Magana

**CAUTION: This Email is from an EXTERNAL source. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report suspicious messages to SPAM@Wellpath.us**

---

Hello Lorraine,
I represent the Personal Representative appointed for the Estate of Eric Magana. Eric Magana died in Santa Rita Jail at the end of April, 2023.
Attached is a signed release (separate signature page) and a copy of the Court Order of appointment.

Please provide for us all of the medical records for Mr. Magana. Thank-you

--

**Yolanda Huang, Esq.**

PO Box 5475 • Berkeley • CA • 94705 • Phone:510-329-2140 • Fax:510-580-9410

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

--

**Yolanda Huang, Esq.**

PO Box 5475 • Berkeley • CA • 94705 • Phone:510-329-2140 • Fax:510-580-9410

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**Kendra Stark**

**From:** Yolanda Huang <yhuang.law@gmail.com>
**Sent:** Monday, August 5, 2024 10:16 AM
**To:** Gregory Rousso
**Subject:** Re: ROI REVIEW - Magana, Eric
**Attachments:** Magana Probate Letter-Certified Alameda Superior.pdf

**External Email: STOP! LOOK! THINK! before you engage.**

This message came from outside GRSM.

see attached

On Sun, Aug 4, 2024 at 3:09 PM Gregory Rousso <grousso@grsm.com> wrote:

> Dear Counsel:
>
> We represent Wellpath in this matter and ask that you please direct all further legal communication to our firm exclusively.
>
> We are in receipt of your records request for decedent Eric Magana. The attached court order, which you submitted, specifies that the appointment of Mr. Young as administrator of the estate is not effective until letters have issued. Pursuant to California Probate Code § 8400 (a), we cannot approve the request and release Mr. Magana's records until you provide us the letters confirming that Mr. Young's appointment as administrator of the estate is now effective.
>
> Upon receipt of the issued letters confirming the appointment, we will immediately produce the confidential records you requested. Thank you.
>
> Best regards,

GORDON REES SCULLY MANSUKHANI
YOUR 50 STATE LAW FIRM™

**GREGORY E. ROUSSO** | Associate

315 Pacific Avenue
San Francisco, CA 94111
P: 415-986-5900 | F: 415-986-8054 | grousso@grsm.com

www.grsm.com
vCard | Bio

---

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE LAW FIRM™**
**http://www.grsm.com**

--

**Yolanda Huang, Esq.**

PO Box 5475 • Berkeley • CA • 94705 • Phone:510-329-2140 • Fax:510-580-9410

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**Bailey Frank**

| | |
|---|---|
| **From:** | Todd Yoho <tyoho@grsm.com> |
| **Sent:** | Monday, August 5, 2024 4:47 PM |
| **To:** | Yolanda Huang |
| **Cc:** | Gregory Rousso |
| **Subject:** | Response to Request for Records RE Eric Magana |

Dear Ms. Huang,

Below please find a link to our secure file sharing site, Cloudlink, where you can access and download copies of Mr. Magana's medical records as requested. If you encounter any difficulties accessing or downloading, please do not hesitate to reach out to me as I am happy to assist.

https://grcloudlink.gordonrees.com/w/f-579a6d27-1af8-4907-86e0-3f5febf4ddac

Thank you!

**TODD S. YOHO** | Paralegal

**GORDON REES SCULLY MANSUKHANI | GRSM50**
**YOUR 50 STATE LAW FIRM™**
**CELEBRATING 50 YEARS OF EXCELLENCE**

150 Fayetteville Street, Suite 1120
Raleigh, NC 27601
tyoho@grsm.com

www.grsm.com
vCard

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE LAW FIRM™**
**http://www.grsm.com**