# EXHIBIT L

| wellpath To hope and healing. | **Wellpath**<br>**Alameda County California**<br>**Policies & Procedures** |
|---|---|

| | |
|---|---|
| TITLE: HCD-110_A-00 Table of Contents --Alameda CA | REFERENCE: 74193<br>PAGE: 1 OF 5<br>VERSION:8 |
| APPROVER: Kinton, Damon | SUPERSEDES: v.7 HCD-110_A-00 Table of Contents --Alameda CA<br>EFFECTIVE: 12/07/2021<br>REVIEWED: 12/07/2021 |


| POLICY NUMBER | POLICY / PROCEDURE NAME |
|---|---|
| **Section A - Governance and Administration** | |
| A-01 | Access to Care |
| A-02 | Responsible Health Authority |
| A-03 | Medical Autonomy |
| A-04 | Administrative Meetings and Reports |
| A-05 | Policies and Procedures |
| A-06 | CQI Program |
| A-07 | Privacy of Care |
| A-08 | Health Records |
| A-08A | Written and Verbal Orders |
| A-09 | Procedure in the Event of a Patient Death |
| A-09A | Morbidity |
| A-09B | Critical Clinical Events |
| A-10 | Grievance Mechanism for Health Complaints |
| A-11 | On-Call Provider Contact |
| **Section B - Health Promotion, Safety, and Disease** | |


Archived

| | |
|---|---|
| B-01 | Health Lifestyle Promotion |
| B-02 | Infectious Disease Prevention and Control |
| B-03 | Clinical Preventive Services |
| B-04 | Medical Surveillance of Inmate Workers |
| B-05 | Suicide Prevention and Intervention Program |
| B-06 | Contraception |
| B-07 | Communication on Patients' Health Needs |
| B-08 | Patient Safety |
| B-08A | Hepatitis C (HCV) Committee |
| B-08B | Elder Abuse |
| B-09 | Staff Safety |
| B-09A | Medical Management of Exposures: HIV, HBV, HCV, Human Bites and Sexual Assaults |
| **Section C - Personnel and Training** | |
| C-01 | Credentials |
| C-02 | Clinical Performance Enhancement |
| C-03 | Professional Development |
| C-04 | Health Training for Correctional Officers |
| C-05 | Medication Administration Training |
| C-06 | Inmate Workers |
| C-07 | Staffing |


Archived

| | |
|---|---|
| C-08 | Healthcare Liaison |
| C-09 | Orientation Training for Health Service Staff |
| **Section D - Ancillary Health Care Services** | |
| D-01 | Pharmaceutical Operations |
| D-02 | Medication Services |
| D-03 | Clinic Space, Equipment, and Supplies |
| D-04 | On-Site Diagnostic Services |
| D-05 | Medical Diets |
| D-05A | Hunger Strikes |
| D-06 | Patient Escort |
| D-07 | Emergency Services |
| D-07A | Emergency Response Plan |
| D-08 | Hospitals and Specialty Care |
| D-09 | Telemedicine/Telepsychiatry |
| **Section E - Patient Care and Treatment** | |
| E-01 | Information on Health Services |
| E-02 | Receiving Screening |
| E-03 | Transfer Screenings |
| E-04 | Initial Health Assessment |
| E-05 | Mental Health Screening and Evaluation |

Archived

| | |
|---|---|
| E-06 | Oral Care |
| E-07 | Non-Emergency Health Care Requests and Services |
| E-08 | Nursing Assessment Protocols and Procedures |
| E-09 | Continuity and Coordination of Care During Incarceration |
| E-09A | Medication Verification |
| E-09B | Timely Initiation of Medication Upon Arrival |
| E-10 | Discharge Planning and Release Medications |
| **Section F - Special Needs and Services** | |
| F-01 | Patients with Chronic Disease and Other Special Needs |
| F-01A | Gender Dysphoria |
| F-02 | Infirmary-Level Care |
| F-03 | Mental Health Services |
| F-04 | Medically Supervised Withdrawal and Treatment |
| F-04A | Narcan Use for OD Possible Opiate Overdose |
| F-04B | Medication-Assisted Treatment |
| F-05 | Counseling and Care of the Pregnant Patient |
| F-06 | Response to Sexual Abuse |
| F-07 | Care of the Terminally Ill |
| F-08 | Verification and Accommodation of Disability |
| F-09 | Effective Communication |


Archived

| | |
|---|---|
| F-10 | Durable Medical Equipment Medical Supply |
| **Section G - Medical-Legal Issues** | |
| G-01 | Restraints and Seclusion |
| G-02 | Segregated Inmates |
| G-02A | Safety Cell Placement and Retention |
| G-03 | Emergency Psychotropic Medication |
| G-03A | Non-Emergent Involuntary Medication |
| G-04 | Therapeutic Relationship, Forensic Information, and Disciplinary Actions |
| G-05 | Informed Consent and Right to Refuse |
| G-06 | Medical and Other Research |
| G-07 | Patient Safety Organization (PSO) |


Archived