Lindsey M. Romano (SBN: 337600)
Kendra N. Stark (SBN: 363663)
Bailey M. Frank (*Pro Hac Vice*)
Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 875-4126
Facsimile: (415) 986-8054
Email: lromano@grsm.com
kstark@grsm.com
bfrank@grsm.com

***Attorneys for Defendants***
***CALIFORNIA FORENSIC MEDICAL GROUP, INC., RAJENDRA MAHAJAN, SUMEET CHAGGER, and HARKAMALJIT HUNDAL***

GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JESUS ERIC MAGANA, J. JESUS MAGANA DUARTE, and VERONICA DUARTE VACA,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S OFFICE, YESENIA SANCHEZ, ERIK BAKER, ZACHARY TSANGLEE, PETER CANDELARIO, CALIFORNIA FORENSIC MEDICAL GROUP, INC., WELLPATH LLC & WELLPATH MANAGEMENT, INC., also known as WELLPATH LIQUIDATING TRUST, a nominal party, RAJENDRA MAHAJAN, SUMEET CHAGGER, HARKAMALJIT HUNDAL, and DOE 1 to 20,<br><br>Defendants. | CASE NO. 3:24-cv-04716-JD<br><br>**DECLARATION OF KENDRA N. STARK IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

1. The pages attached to the Motion as Exhibit A are true and correct copies of pages taken from California Forensic Medical Group, Inc.'s contract to provide medical care to inmates housed at Santa Rita Jail during the relevant period of Mr. Magana's incarceration.

2. The pages attached to the Motion as Exhibit B are true and correct copies of pages taken from the medical records of Eric Magana.

GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111

3. The deposition transcript excerpts attached to the Motion as Exhibit C are true and correct copies of pages taken from the Certified Transcript of the Deposition of Rajendra Mahajan, M.D.

4. The page attached to the Motion as Exhibit D is a true and correct copy of a page taken from the medical records of Eric Magana.

5. The deposition transcript excerpts attached to the Motion as Exhibit E are true and correct copies of pages taken from the Certified Transcript of the Deposition of Sumeet Chagger.

6. The deposition transcript excerpts attached to the Motion as Exhibit F are true and correct copies of pages taken from the Certified Transcript of the Deposition of Harkamaljit Chagger-Hundal.

7. The deposition transcript excerpts attached to the Motion as Exhibit G are true and correct copies of pages taken from the Certified Transcript of the Deposition of Glen Xiong, M.D.

8. The deposition transcript excerpts attached to the Motion as Exhibit H are true and correct copies of pages taken from the Certified Transcript of the Deposition of Kris Sperry, M.D.

9. The deposition transcript excerpts attached to the Motion as Exhibit I are true and correct copies of pages taken from the Certified Transcript of the Deposition of Michael T. Puerini, M.D.

10. The pages attached to the Motion as Exhibit J are true and correct copies of pages taken from the report of Dr. Michael T. Puerini, M.D.

11. The pages attached to the Motion as Exhibit K are true and correct copies of an email chain.

12. The pages attached to the Motion as Exhibit L are true and correct copies of pages taken from the CFMG Policies and Procedures in effect during the pertinent time-period.

Executed this _31st___ day of August, 2026 at San Francisco, California.

KENDRA N. STARK, ESQ.
GORDON REES SCULLY MANSUKHANI, LLP

GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111

GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111

**CERTIFICATE OF SERVICE**

*Estate of Jesus Eric Magana v. County of Alameda, et al.*

U.S.D.C., Northern District of California, Case No.: 3:24-cv-04716

I, Kendra N. Stark, certify that this document, filed through the Court's ECF system on **August 31, 2026**, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Kendra N. Stark*