Lindsey M. Romano (SBN: 337600)
Kendra N. Stark (SBN: 363663)
Bailey M. Frank (*Pro Hac Vice*)
Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone: (415) 875-4126
Facsimile: (415) 986-8054
Email: lromano@grsm.com
kstark@grsm.com
bfrank@grsm.com

***Attorneys for Defendants***
***CALIFORNIA FORENSIC MEDICAL GROUP, INC., RAJENDRA MAHAJAN, SUMEET CHAGGER, and HARKAMALJIT HUNDAL***



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JESUS ERIC MAGANA, J. JESUS MAGANA DUARTE, and VERONICA DUARTE VACA,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S OFFICE, YESENIA SANCHEZ, ERIK BAKER, ZACHARY TSANGLEE, PETER CANDELARIO, CALIFORNIA FORENSIC MEDICAL GROUP, INC., WELLPATH LLC & WELLPATH MANAGEMENT, INC., also known as WELLPATH LIQUIDATING TRUST, a nominal party, RAJENDRA MAHAJAN, SUMEET CHAGGER, HARKAMALJIT HUNDAL, and DOE 1 to 20,<br><br>Defendants. | CASE NO. 3:24-cv-04716-JD<br><br>**[PROPOSED] ORDER GRANTING CALIFORNIA FORENSIC MEDICAL GROUP, INC.'S MOTION FOR SUMMARY JUDGMENT** |

Defendant California Forensic Medical Group, Inc.'s Motion for Summary Judgement came on regularly for hearing on October 15, 2026 before the Honorable James Donato.

The Court, having considered all the pleadings and papers on file herein, and the oral argument of the parties, HEREBY ORDERS the entry of judgment in favor of California Forensic Medical Group, Inc. pursuant to Rule 56 of the Federal Rules of Civil Procedure on the Fourth and

GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111

Seventh Causes of Action.

**IT IS SO ORDERED.**

DATED: _______________

_________________________________
UNITED STATES DISTRICT JUDGE