**LAW OFFICE OF YOLANDA HUANG**
Yolanda Huang, SBN 104543
2748 Adeline Street, Suite A
Berkeley, CA 94703
Telephone: (510) 329-2140
Facsimile: (510) 580-9410
Email: yhuang.law@gmail.com

**LAW OFFICE OF MARK E. MERIN**
Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
1010 F Street, Suite 300
Sacramento, California 95814
Telephone: (916) 443-6911
Facsimile: (916) 447-8336
E-Mail: mark@markmerin.com
paul@markmerin.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| ESTATE OF JESUS ERIC MAGANA,<br><br>Plaintiff,<br><br>vs.<br>COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF'S OFFICE, YESENIA SANCHEZ, ERIK BAKER, ZACHARY TSANG-LEE, PETER CANDELARIO, CALIFORNIA FORENSIC MEDICAL GROUP dba WELLPATH, RAJENDRA MAHAJAN, SUMEET CHAGGER, HARPREET HUNDAL, and DOE 1 to 20,<br><br>Defendants. | Case No.: 3:24-cv-04716<br><br>**EXHIBIT D – EMT MEDICAL NOTES FILED IN SUPPORT OF PLAINTIFFS' DAUBERT MOTION (DKT. 103)**<br>[Previously Filed Docket 107-2]<br>(Civil Local Rules 3-4)<br><br>Filed: September 1, 2026 |

**Falck Alameda County**
Patient Care Record

**Name:** MAGANA, ERIC **Incident #:** 9823048675 **Date:** 04/27/2023 Patient 1 of 1

| Patient Information | | | |
|---|---|---|---|
| **Last** | MAGANA | **Address** | |
| **First** | ERIC | **Address 2** | |
| **Middle** | | **City** | |
| **Gender** | Male | **State** | |
| **DOB** | 12/16/1996 | **Zip** | |
| **Age** | 26 Yrs, 4 Months, 11 Days | **Country** | |
| **Weight** | 140.0lbs - 63.5kg | **Tel** | |
| **Pedi Color** | | **Physician** | |
| **SSN** | | **Ethnicity** | Hispanic or Latino |
| **Race** | Hispanic or Latino | | |
| **Advance Directives** | | | |
| **Resident Status** | | Not Homeless | |
| **Patient Resides in Service Area** | | | |
| **Temporary Residence Type** | | | |

| Clinical Impression | | | |
|---|---|---|---|
| **Primary Impression** | Cardiac arrest | | |
| **Secondary Impression** | | | |
| **Protocols Used** | | | |
| **Local Protocol Provided Care Level** | | | |
| **Anatomic Position** | | | |
| **Onset Time** | 15:15:00 04/27/2023 | | |
| **Last Known Well** | | | |
| **Chief Complaint** | Cardiac Arrest | | |
| **Duration** | | **Units** | |
| **Secondary Complaint** | | | |
| **Duration** | | **Units** | |
| **Patient's Level of Distress** | Severe | | |
| **Signs & Symptoms** | Cardiovascular - Cardiac arrest<br>Cardiovascular - Cardiac arrhythmia | | |
| **Injury** | - - - | | |
| **Additional Injury** | | | |
| **Mechanism of Injury** | | | |
| **Medical/Trauma** | Medical | | |
| **Barriers of Care** | None Noted | | |
| **Alcohol/Drugs** | Unknown | | |
| **Pregnancy** | | | |
| **Initial Patient Acuity** | Critical (Red) | | |
| **Final Patient Acuity** | Dead Without Resuscitation Efforts (Black) | | |
| **Patient Activity** | | | |

| Medications/Allergies/History/Immunizations | |
|---|---|
| **Medications** | Famotidine, Ondansetron |
| **Allergies** | No known allergies |
| **History** | Behavioral/Psychiatric Disorder |
| **Immunizations** | |
| **Last Oral Intake** | |

**Vital Signs**

| Time | AVPU | Side | POS | BP | Pulse | RR | SPO2 | ETCO2 | CO | BG | Temp | Pain | GCS(E+V+M)/Qualifier | RTS | PTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15:45 ** | Unresponsive | | Lay | 0/0 A | 0 | 0 R | 0 Ox | pc 25 | | 82 | | | 3= 1 + 1 + 1 /NQ | 0 | |
| 15:55 | Unresponsive | R | Lay | UTO | UTO | UTO | UTO | pc 16 | | | | 0 | 3= 1 + 1 + 1 /NQ | | |
| 16:06 | Unresponsive | L | Lay | UTO | UTO | UTO | UTO | pc 8 | | | | 0 | 3= 1 + 1 + 1 /NQ | | |

**Item documented by other provider and imported via transfer

**ECG**

| Time | Type | Rhythm | Notes |
|---|---|---|---|
| 15:45 | 4-Lead | Asystole | |
| 15:55 | Multi-use pads | Asystole | |
| 16:06 | 4-Lead | Asystole | asystole leads I, II, II |

**Flow Chart**

| Time | Treatment | Description | Provider |
|---|---|---|---|
| 13:58 ** | **Epinephrine 0.1 mg/mL** | Comments: falck medic administered; 1 Milligrams (mg); Intravenous (IV); Patient Response: Unchanged; Complication: None; Medical Control: Protocol (Standing Order); | COLE, BRANDON |
| 15:25 ** | **Naloxone** | Comments: nurse Durbin; 4 Milligrams (mg); Intranasal; Patient Response: Unchanged; Complication: None; Medical Control: Protocol (Standing Order); | |
| 15:28 ** | **Naloxone** | Comments: nurse Durbin; 4 Milligrams (mg); Intranasal; Patient Response: Unchanged; Complication: None; Medical Control: Protocol (Standing Order); | COLE, BRANDON |
| 15:33 ** | **Naloxone** | Comments: Nurse Baath; 0.4 Milligrams (mg); Intramuscular (IM); Patient Response: Unchanged; Complication: None; Medical Control: Protocol (Standing Order); | COLE, BRANDON |

**Falck Alameda County**
Patient Care Record

**Name:** MAGANA, ERIC **Incident #:** 9823048675 **Date:** 04/27/2023 Patient 1 of 1

## Flow Chart

| Time | Treatment | Description | Provider |
|---|---|---|---|
| 15:39 ** | NPA | Patient Response: Unchanged; Successful; Complication: None; Medical Control: Protocol (Standing Order); | SMITH, JORDAN |
| 15:45 | ALS Assessment | Patient Response: Unchanged; Successful; Complication: None; Medical Control: Protocol (Standing Order); | MARTINEZ, EUGENIO |
| 15:47 ** | Epinephrine 0.1 mg/mL | 1 Milligrams (mg); Intraosseous (IO); | |
| 15:47 ** | Epinephrine 0.1 mg/mL | 1 Milligrams (mg); Intramuscular (IM); Patient Response: Unchanged; Complication: None; Medical Control: Protocol (Standing Order); | MAR, NATHAN |
| 15:49 ** | Intraosseous | EZ-IO (Blue 25mm); IO-Tibia-Right Proximal; Normal Saline (.9% NaCl) - Cold; Total Fluid: 400; Patient Response: Unchanged; Successful; Complication: None; Medical Control: Protocol (Standing Order); | COLE, BRANDON |
| 15:55 ** | Oxygen | Device: Bag Valve Mask (BVM); Flow Rate: 15 lpm; Patient Response: Unchanged; Successful; Complication: None; Medical Control: Protocol (Standing Order); | |
| 15:57 ** | Suction | Contents: Blood; Amount: 250; Patient Response: Unchanged; Successful; Complication: None; Medical Control: Protocol (Standing Order); | SMITH, JORDAN |
| 15:59 ** | IV Therapy | 16 ga; Antecubital-Right; 1/2 NS; Total Fluid: 200; Comments: comppleted by Falck medic; Patient Response: Unchanged; Stop Time: 16:06; Successful; Complication: None; Medical Control: Protocol (Standing Order); | MARTINEZ, EUGENIO |
| 16:06 ** | Time of Death | Comments: time of death after completed protocol asystole; Patient Response: Unchanged; Medical Control: Protocol (Standing Order); | COLE, BRANDON |

**Item documented by other provider and imported via transfer

## Assessments

**Assessment Time: 04/27/2023 22:47:19**

| Category | Comments | Subcategory | | |
|---|---|---|---|---|
| Mental Status | | Mental Status | ✓ | Unresponsive |
| Skin | | Skin | ✓ | Cold • Dry • Pale |
| HEENT | | Face | ✓ | **Face:** Other |
| | | Head | | **Head:** No Abnormalities |
| | | Eyes | ✓ | **Left:** 8-mm or > • Non-Reactive<br>**Right:** 8-mm or > • Non-Reactive Prosthetic |
| | | Neck | | No Abnormalities |
| Chest | | Chest | | **General:** No Abnormalities |
| | | Heart Sounds | | Not Assessed |
| | | Lung Sounds | | **LL:** No Abnormalities<br>**LU:** No Abnormalities<br>**RL:** No Abnormalities<br>**RU:** No Abnormalities |
| Abdomen | | Epigastric | | No Abnormalities |
| | | Periumbilical | | No Abnormalities |
| | | Left Lower | | No Abnormalities |
| | | Left Upper | | No Abnormalities |
| | | Right Lower | | No Abnormalities |
| | | Right Upper | | No Abnormalities |
| Back | | Back | | No Abnormalities |
| Pelvis/GU/GI | | Pelvis/GU/GI | | **Pelvis/GU/GI:** No Abnormalities |
| Extremities | | Left Arm | | **Whole Arm and Hand:** No Abnormalities |
| | | Right Arm | | **Whole Arm and Hand:** No Abnormalities |
| | | Left Leg | | **Left Leg and Foot:** No Abnormalities |
| | | Right Leg | | **Right Leg and Foot:** No Abnormalities |
| Neurological | no neurological responsw | Neurological | ✓ | Other |

## Narrative

911 was activated for cardiac arrest at Santa Rita Jail. Patient was seen moving at prior bed check. When patient was re-evaluated he was in cardiac arrest. Staff at the jail administered Narcan, for possible Fentanyl overdose.
Jail Medical were first to arrive on scene and began CPR as well as Narcan Administration.
ACFD arrived on scene and became primary paramedics on scene.
Upon exam, patient was in cardiac arrest with access established and LUCAS device in place. See ACFD for timing and administrations prior to our arrival. No obvious signs of trauma are present on the anterior of the patient.
590, arrives on scene and assists with airway. Patient is suctioned as airway is clenched and airway is obstructed by fluids which include blood. 590 stays on airway.
590 assists with second access and with other procedures as requested.
All care is discussed among providers prior to implementation.
Patient is determined dead after full resuscitative measures are attempted.

## Specialty Patient - CPR

| Cardiac Arrest | Yes, Prior to EMS Arrival | Prearrival CPR Instructions | Yes | In Field Pronouncement |
|---|---|---|---|---|

**Falck Alameda County**
Patient Care Record

**Name:** MAGANA, ERIC **Incident #:** 9823048675 **Date:** 04/27/2023 Patient 1 of 1

## Specialty Patient - CPR

| | | | | | |
|---|---|---|---|---|---|
| **Cardiac Arrest Etiology** | Drug Overdose | **First Defibrillated By** | Not Applicable | **Expired** | |
| **Estimated Time of Arrest** | 10-15 Minutes | **Time of First Defib** | | **Time** | |
| **Est Time Collapse to 911** | 2 Minutes | **Initial ECG Rhythm** | Asystole | **Date** | |
| **Est Time Collapse to CPR** | 17 Minutes | **Rhythm at Destination** | Asystole | **Physician** | |
| **Arrest Witnessed By** | Not Witnessed | **Hypothermia** | No | | |
| **CPR Initiated By** | Law Enforcement | **End of Event** | Expired in the Field | | |
| **Tme 1st CPR** | 15:26 04/27/2023 | **ROSC** | No | | |
| **CPR Feedback** | No | **ROSC Time** | | | |
| **ITD Used** | No | **ROSC Occured** | | | |
| **Applied AED** | Yes | **Resuscitation Discontinued** | 16:06 04/27/2023 | | |
| **Applied By** | Other EMS Professional (not part of the dispatched response) | **Discontinued Reason** | Protocol/Policy Requirements Completed | | |
| **Defibrillated** | No | **Resuscitation** | Resuscitation Attempted - Yes; Attempted Ventilation, Initiated Chest Compressions | | |
| **CPR Type** | Compressions - Continuous, Compressions - External Plunger Type of Device, Ventilation - Bag Valve Mask, Ventilation - Impedance Threshold Device | | | | |

| **Incident Details** | | **Destination Details** | | **Incident Times** | |
|---|---|---|---|---|---|
| **Location Type** | Police/Jail | **Disposition** | Patient Dead on Scene - Resuscitation Attempted (Without Transport) | **PSAP Call** | 15:28:21 |
| **Location** | SANTA RITA JAIL | **Unit Disposition** | | **Dispatch Notified** | 15:28:21 |
| **Address** | 5325 BRODER BL | **Patient Evaluation and/or Care Disposition** | | **Call Received** | 15:28:21 |
| **Address 2** | | **Crew Disposition** | | **Dispatched** | 15:28:57 |
| **Mile Marker** | | **Transport Disposition** | | **En Route** | 15:32:03 |
| **City** | Dublin | **Reason for Refusal or Release** | | **Staged** | |
| **County** | Alameda | **Transport Mode Descriptors** | | **Resp on Scene** | 15:39:33 |
| **State** | CA | **Transport Due To** | | **On Scene** | 15:39:33 |
| **Zip** | 94568 | **Transported To** | | **At Patient** | 15:44:00 |
| **Country** | US | **Requested By** | Bystander | **Care Transferred** | |
| **Medic Unit** | M590 | **Destination** | | **Depart Scene** | |
| **Medic Vehicle** | 717 | **Department** | | **At Destination** | |
| **Run Type** | 911 Response | **Address** | | **Pt. Transferred** | |
| **Response Mode** | Emergent | **Address 2** | | **Call Closed** | 16:51:20 |
| **Response Mode Descriptors** | Lights and Sirens | **City** | | **In District** | |
| **Shift** | | **County** | | **At Landing Area** | |
| **Zone** | East | **State** | | | |
| **Level of Service** | Advanced Life Support | **Zip** | | | |
| **EMD Complaint** | Cardiac Arrest/Death | **Country** | US | | |
| **EMD Card Number** | | **Zone** | | | |
| **Dispatch Priority** | Priority 2 (Emergent) | **Condition at Destination** | | | |
| | | **State Wristband #** | | | |
| | | **Destination Record #** | | | |
| | | **Trauma Registry ID** | | | |
| **Alternative Disposition Offered** | Alternative disposition not offered to patient | | | | |

## Crew Members

| **Personnel** | **Role** | **Certification Level** |
|---|---|---|
| MARTINEZ, EUGENIO | Lead | EMT-Paramedic - P16048 |
| CEVALLOS, CHE | Driver | EMT-Basic (California) - E159631 |
| SMITH, JORDAN | Other | EMT-Basic (California) - E072878 |
| MAR, NATHAN | Other | EMT-Paramedic (California) - P24055 |
| COLE, BRANDON | Other | EMT-Paramedic (California) - P26196 |

**Falck Alameda County**
Patient Care Record

**Name:** MAGANA, ERIC **Incident #:** 9823048675 **Date:** 04/27/2023 Patient 1 of 1

## Crew Members

| | | |
|---|---|---|
| COLE, BRANDON | Other - First Responder | |
| MAR, NATHAN | Other - First Responder | |
| SMITH, JORDAN | Other - First Responder | |

## Insurance Details

| | | | | | |
|---|---|---|---|---|---|
| **Insured's Name** | | **Primary Payer** | | **Dispatch Nature** | |
| **Relationship** | | **Medicare** | | **Response Urgency** | |
| **Insured SSN** | | **Medicaid** | | **Job Related Injury** | No |
| **Insured DOB** | | **Primary Insurance** | | **Employer** | |
| **Address1** | | **Policy #** | | **Contact** | |
| **Address2** | | **Primary Insurance Group Name** | | **Phone** | |
| **Address3** | | **Group #** | | **Mileage to Closest Hospital** | |
| **City** | | **Secondary Ins** | | | |
| **State** | | **Policy #** | | | |
| **Zip** | | **Secondary Insurance Group Name** | | | |
| **Country** | | **Group #** | | | |

## Mileage

| | |
|---|---|
| **Scene** | |
| **Destination** | |
| **Loaded Miles** | |
| **Start** | |
| **End** | |
| **Total Miles** | |

## Delays

| Category | Delays |
|---|---|
| Response Delays | None/No Delay |
| Scene Delays | None/No Delay |

## Additional Agencies

## Personal Items

| Item | Given To | Comment |
|---|---|---|
| None | | |

## Billing Authorization

| | |
|---|---|
| **Authorization** | |

**Section I - Patient / Parent of Minor Authorization Signature**

**Signature**

| | |
|---|---|
| **Signed On** | |
| **Billing Authorization** | |
| **HIPAA Acknowledgement** | |

**Falck Alameda County**
Patient Care Record

**Name:** MAGANA, ERIC **Incident #:** 9823048675 **Date:** 04/27/2023 Patient 1 of 1

## Section II - Authorized Representative Signature

Complete this section only if the patient is physically or mentally unable to sign.
Authorized representatives include only the following: (Check one)

| | |
|---|---|
| | Patient's Legal Guardian |
| | Patient's Medical Power of Attorney |
| | Relative or other person who receives benefits on behalf of the patient |
| | Relative or other person who arranges treatment or handles the patient's affairs |
| | Representative of an agency or institution that provided care, services or assistance to patient |

I am signing on behalf of the patient to authorize the submission of a claim for payment to Medicare, Medicaid, or any other payer for any services provided to the patient by the transporting ambulance service now or in the past or in the future. By signing below, I acknowledge that I am one of the authorized signers listed below. **My signature is not an acceptance of financial responsibility for the services rendered.**

### Signature

| | |
|---|---|
| **Signed On** | |
| **Printed Name** | |
| **Reason unable to sign** | |

## Section III - EMS Personnel and Facility Signatures

Complete this section if the patient was mentally or physically incapable of signing, and no Authorized Representative (section II) was available or willing to sign on behalf of the patient at the time of service.

### EMS Personnel Signature

My signature below indicates that, at the time of service, the patient was physically or mentally incapable of signing, and that none of the authorized representatives listed in Section II of this form were available or willing to sign on the patient's behalf. **My signature is not an acceptance of financial responsibility for the services rendered.**

| | |
|---|---|
| **Signed On** | |
| **Printed Name** | |
| **Reason unable to sign** | |

### Facility Representative Signature

The patient named on this form was received by this facility on the date and at the time indicated and this facility furnished care, services or assistance to the patient. **My signature is not an acceptance of financial responsibility for the services rendered..**

| | |
|---|---|
| **Signed On** | |
| **Printed Name** | |
| **Title of Representative** | |

**Falck Alameda County**
Patient Care Record

**Name:** MAGANA, ERIC **Incident #:** 9823048675 **Date:** 04/27/2023 Patient 1 of 1

## Facility Signatures

| | |
|---|---|
| **Signed On** | |
| **Receiving** | |

| | |
|---|---|
| **Signed On** | |
| **Paperwork Received** | |

| | |
|---|---|
| **Signed On** | |
| **Airway Confirmation** | |

## Provider Signatures



| | | | |
|---|---|---|---|
| **Lead Provider** | MARTINEZ, EUGENIO | **Certification Level** | EMT-Paramedic - P16048 |



| | | | |
|---|---|---|---|
| **Provider** | CEVALLOS, CHE | **Certification Level** | EMT-Basic (California) - E159631 |

| | | | |
|---|---|---|---|
| **Provider** | | **Certification Level** | |

| | | | |
|---|---|---|---|
| **Provider** | | **Certification Level** | |