# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: November 5, 2026 Judge: Hon. James Donato

Time: 9 minutes

Case No. **3:24-cv-04716-JD**
Case Name **Estate of Jesus Eric Magana v. Alameda County, et al.**

Attorneys for Plaintiffs: Yolanda Huang/Mark E. Merin/Paul H. Masuhara, III
Attorney for Defendants: Gregory Rousso

Deputy Clerk: Jean Davis Court Reporter: Ana Dub

PROCEEDINGS

Motions for Summary Judgment Hearing -- Held

NOTES AND ORDERS

As discussed on the record, plaintiff Magana has demonstrated genuine disputes of material fact that preclude summary judgment in favor of defendants. Dkt. Nos. 110 and 111 are denied, and a jury will decide the facts and claims.

The *Daubert* motions, Dkt. Nos. 103, 112, 113, 114, 115, are submitted on the papers. *See* Civil L.R. 7-1(b).

The parties are directed to jointly propose a plan for disposition of Count Six, California Public Records Act, and Count Seven, California Evidence Code § 1158. They should address whether the jury or the Court decides the claims, and any other issues they would like to raise.